UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD., and<br>RED BEND SOFTWARE INC.,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br>　　　　　　　　　Defendant. | **Civil Action No. 09-cv-11813**<br><br>**RULE 7.1 STATEMENT OF PLAINTIFFS RED BEND LTD. AND RED BEND SOFTWARE INC.** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiffs Red Bend Ltd. and Red Bend Software Inc., by and through their undersigned counsel, hereby state as follows:

　　　　Red Bend Software Inc.'s parent corporation is Red Bend Ltd. and no publicly traded corporation owns 10% or more of Red Bend Software Inc.'s stock.

　　　　Red Bend Ltd. is a privately held corporation and no publicly traded corporation owns 10% or more of Red Bend Ltd.'s stock.

NY02:665862.1

October 26, 2009

Respectfully submitted,

By: /s/ Daniel J. Cloherty
    Daniel Cloherty (BBO# 565772)
    Dwyer & Collora, LLP
    600 Atlantic Ave., 12th Floor
    Boston, MA 02210-2211
    Telephone: (617) 371-1000
    Facsimile: (617) 371-1037

    Robert C. Scheinfeld (RS-2632)
    (Application for Pro Hac Vice
    admission to be submitted.)
    Eliot D. Williams (EW-6560)
    (Application for Pro Hac Vice
    admission to be submitted.)
    Baker Botts, L.L.P.
    30 Rockefeller Plaza, 44th Floor
    New York, New York 10012-4498
    Telephone: (212) 408-2500
    Facsimile: (212) 408-2501

*Attorneys for Plaintiffs Red Bend Ltd.
and Red Bend Software Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2009.

/s/ Daniel J. Cloherty

NY02:665862.1