UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

RED BEND LTD., and
RED BEND SOFTWARE INC.,

Plaintiffs,

v.

GOOGLE INC.,

Defendant.

Civil Action No. 09-cv-11813-DPW

PLAINTIFFS' MOTION FOR A
PRELIMINARY INJUNCTION ENJOINING
GOOGLE'S INFRINGEMENT

## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and 35 U.S.C. § 283, Plaintiffs Red Bend Ltd. and Red Bend Software Inc. (collectively "Red Bend") respectfully move for injunctive relief against Defendant Google Inc. ("Google") requesting an Order that Google:

(1) immediately cease implementation of Google Courgette updates or any colorable imitation thereof that likely infringes U.S. Patent No. 6,546,552 ("the '522 Patent");

(2) immediately cease publication of Courgette source code on the Internet at http://src.chromium.org/viewvc/chrome/trunk/src/courgette/ and accompanying instructions or any colorable imitations thereof that likely indirectly infringe the '522 Patent; and

(3) publish an announcement that its previously published Courgette code is not "open" and free for all to use, but instead is alleged to be protected by the '552 Patent.

In support of this motion, Red Bend relies on its Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction enjoining Google's Infringement in addition to the Declarations of Mr. Yoram Salinger, Professor Stephen Edwards and Ms. Jennifer Tempesta and the Exhibits attached thereto.

### Request for Oral Argument

Red Bend hereby requests oral argument pursuant to Local Rule 7.1(d).

NY02:671123.1

1

WHEREFORE, Red Bend respectfully requests that the Court:

(1) grant a hearing on this Motion;

(2) grant Red Bend's Motion for a Preliminary Injunction; and

(3) grant such other and further relief as the Court deems just and proper.

November 17, 2009
Respectfully submitted,

By: /s/ Daniel J. Cloherty
Daniel J. Cloherty (BBO# 565772)
Dwyer & Collora, LLP
600 Atlantic Avenue - 12th Floor
Boston, MA 02210-2211
Telephone: (617) 371-1000
Facsimile: (617) 371-1037

Robert C. Scheinfeld (RS-2632)
(Application for Pro Hac Vice
admission pending.)
Eliot D. Williams (EW-6560)
(Application for Pro Hac Vice
admission pending.)
Jennifer C. Tempesta (JT-4841)
(Application for Pro Hac Vice
admission pending.)

Baker Botts, L.L.P.
30 Rockefeller Plaza
44th Floor
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

*Attorneys for Plaintiffs Red Bend Ltd. and Red Bend Software Inc.*

## CERTIFICATE PURSUANT TO RULE 7.1

I hereby certify that counsel for Plaintiffs have attempted in good faith to confer with counsel for Defendant in an attempt to resolve or narrow the issues presented by this motion.

/s/ Daniel J. Cloherty

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 17, 2009.

/s/ Daniel J. Cloherty