- ISVs benefit from a dramatic reduction in time-to-market for deploying new features and versions of their applications, as well as an expanded addressable market for their products

**vDirect Mobile™ for Device Management**

Red Bend's vDirect Mobile is an OMA DM compliant and interoperable Device Management Client for mobile phones and wireless devices. vDirect Mobile is standards-based software that works with any Open Mobile Alliance (OMA) device management (DM) server to allow operators to provision, configure, support and update mobile devices over the air. As the industry's leading independent DM client, vDirect Mobile enables operators and manufacturers to break the dependency of closed DM systems.

- Operators can instantly manage deployed devices with DM applications built on vDirect Mobile including: FOTA, SCOTA, configuration management, diagnostics, provisioning, security profiles and more.
- Device manufacturers can benefit from Red Bend's vast experience and large installed based. vDirect Mobile offers minimal integration effort to improve time to market and provides the flexibility to comply to any use case or standards requirement from operators.

**Leading Customers**

Red Bend's mobile software management solutions have been selected by leading device manufacturers worldwide, including:

- JRC
- LG Electronics
- Motorola
- NEC
- NTT DOCOMO
- SANYO
- Sharp
- Sony Ericsson
- Telit Wireless Solutions
- Toshiba
- ZTE

**Trusted Partners**

Red Bend has established key partnerships with mobile industry leaders such as:

- Red Bend is a partner in the **Symbian** Platinum Program, supporting the growing market for smartphones based on Symbian OS™. As a Platinum Partner, Red Bend enables efficient updating of smartphone firmware across the Symbian ecosystem.
- Red Bend is a member of **TI's OMAP™ Developer Network**, a group of leading software developers porting advanced applications to TI's high performance, power-efficient OMAP processors.

**Support for Standards**

Red Bend is committed to fostering and adopting industry standards in order to advance the maturity and growth of the mobile software management market. The company takes an active and leading role in promoting the development of high quality standards through working with organizations such as the Open Mobile Alliance. Red Bend's products support:

- DM 1.1.2
- DM 1.2.1
- FUMO 1.0
- SCOMO 1.0

**Management**

- Yoram Salinger, President and Chief Executive Officer
- Sharon Peleg, Founder and Chief Technology Officer
- Udi Dagan, Chief Financial Officer
- Yoav Boazy, Executive Vice President of Global Sales
- Morten Grauballe, Executive Vice President of Products
- Alon Kleinman, Executive Vice President of Research and Development
- Lori Sylvia, Executive Vice President of Marketing

**Investors**

Red Bend Software is a privately-held company and has successfully attracted venture capital financing from Carmel Ventures, Greylock Partners, Infinity, Pitango Venture Capital, Poalim Ventures and Coral Group.

**About Red Bend Software**

Red Bend Software, the leader in Mobile Software Management (MSM), provides software solutions for managing firmware, applications and devices over the air. The company's award-winning MSM products enable device manufacturers, mobile operators and software developers to increase revenues, reduce support costs and achieve faster time to market by remotely managing their software assets on mobile devices. Red Bend's software has been deployed in more than 565 million mobile devices and adopted by eight of the top 10 handset manufacturers, including Kyocera, LG Electronics, Motorola, Sharp, Sony Ericsson and ZTE, as well as 40 other leading companies in the mobile, M2M and WiMAX markets. Unlike device management vendors with proprietary end-to-end systems and manufacturers' internally developed solutions that are platform specific, Red Bend is the only company offering independent client software that is interoperable with any standards-based server and that works with any platform on any type of mobile device. Founded in 1999, Red Bend is a privately held, venture capital-financed company with offices in China, Israel, Japan, Korea, the U.K. and the U.S. To learn how Red Bend is bending rules and breaking boundaries with mobile software management, visit www.redbend.com.



| | | | |
|---|---|---|---|
| 400-1 Totten Pond Road, Suite 130 Waltham, MA 02451, USA | +1 781-890-2090 +1 781-890-5251 fax | www.redbend.com | |

**EXHIBIT 9**



Bend Rules. Break Boundaries.

By Federal Express

September 3, 2009

Sundar Pichai
Vice President, Product Management
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

       Re: Red Bend Ltd.'s U.S. Patent No. 6,546,552

Dear Mr. Pichai:

  With concern and urgency, we write to advise you that Google's recent posting (at http://dev.chromium.org/developers/design-documents/software-updates-courgette) announcing its differential compression algorithm for making Google Chrome updates significantly smaller, if implemented, would infringe our U.S. Patent No. 6,546,552 (copy enclosed), and cause my company Red Bend irreparable harm. Consequently, we request that Google immediately cease and desist from using and inducing others' use of, such infringing algorithms, including by ceasing publication of the Courgette delta-update source code (at http://src.chromium.org/viewvc/chrome/trunk/src/courgette/).

  Although perhaps unknown to you, Red Bend is not unknown to other Google divisions, including specifically Android (Eric Chu), with whom we last met earlier this year. We are the world's leading provider of electronic software distribution technology designed to dramatically reduce the size of software update files, accelerating delivery to end-users, while using minimal bandwidth. Red Bend's patented delta-update technology has been widely adopted in the market, and has been used both in internet-delivered update environments (e.g. AOL's ICQ), and in firmware over the air (FOTA) implementations. For example, Red Bend's FOTA solution is used in more than 520 million mobile devices by eight of the top 10 handset manufacturers, including Nokia, Samsung, Kyocera, LG Electronics, Motorola, Sharp, Sony Ericsson and ZTE, as well as dozens of other leading companies in the mobile, M2M and WiMAX markets. Founded in 1999, Red Bend is a privately held, venture capital-financed company with offices in China, Israel, Japan, Korea, the U.K. and the U.S.

  As I'm sure you appreciate, attaining this level of achievement has not been easy or quick. We, over the last decade, have committed an enormous amount of resources to our research and development efforts, and to protecting such efforts and our cutting-edge technology by, in part, perfecting our intellectual property rights, including the patent identified above, and

NY02:664688.2

various pending patent applications. We respect others' intellectual property and we expect others -- especially an accomplished and global company like Google -- to respect ours.

We appreciate that Google may need a few days to investigate and consider our claim, but time is of the essence. We must act quickly to eliminate any harm Google's use of our technology will cause us. Therefore, we need to hear back from you within the next five (5) business days.

Thank you for your expedited attention to this matter. We look forward to hearing from you within the next few days.

                                    Sincerely,

                                    Yoram Salinger
                                    C.E.O., Red Bend Software

Enclosure

cc:   Kent Walker, Esq., Vice President and General Counsel
      Robert C. Scheinfeld, Baker Botts L.L.P.

NY02:664688.2