UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RED BEND LTD., and<br>RED BEND SOFTWARE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Civil Action No. 09-cv-11813-DPW<br><br>PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING ON THEIR MOTION FOR A PRELIMINARY INJUNCTION ENJOINING GOOGLE'S INFRINGEMENT |

Plaintiffs Red Bend Ltd. and Red Bend Software Inc. (collectively "Red Bend") respectfully move for an expedited hearing date on their contemporaneously submitted motion for a preliminary injunction enjoining Defendant Google Inc. from further infringement of Red Bend's U.S. Patent No. 6,546,552.

Plaintiffs respectfully request that a hearing on their motion be scheduled during the week of December 14, 2009.

November 17, 2009                                    Respectfully submitted,

                                             By:    /s/ Daniel J. Cloherty
                                                      Daniel J. Cloherty (BBO# 565772)
                                                      Dwyer & Collora, LLP
                                                      600 Atlantic Avenue - 12th Floor
                                                      Boston, MA 02210-2211
                                                      Telephone:    (617) 371-1000
                                                      Facsimile:    (617) 371-1037

                                                       Robert C. Scheinfeld (RS-2632)
                                                     (Application for Pro Hac Vice
                                                     admission pending.)
                                                     Eliot D. Williams (EW-6560)
                                                     (Application for Pro Hac Vice
                                                     admission pending.)
                                                     Jennifer C. Tempesta (JT-4841)
                                                     (Application for Pro Hac Vice
                                                     admission pending.)

                                                     Baker Botts, L.L.P.
                                                     30 Rockefeller Plaza
                                                     44th Floor
                                                     New York, New York 10012-4498
                                                     Telephone:    (212) 408-2500
                                                     Facsimile:    (212) 408-2501

*Attorneys for Plaintiffs Red Bend Ltd. and Red Bend Software Inc.*

## CERTIFICATE PURSUANT TO RULE 7.1

I hereby certify that counsel for Plaintiffs have attempted in good faith to confer with counsel for Defendant in an attempt to resolve or narrow the issues presented by this motion.

/s/ Daniel J. Cloherty

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 17, 2009.

/s/ Daniel J. Cloherty