Red Bend Software, Inc. et al v. Google                                                                       Doc. 11

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RED BEND SOFTWARE, INC., ET AL.,

V.                                    SUMMONS IN A CIVIL CASE

GOOGLE INC.,

CASE NUMBER: 1:09-CV-11813-DPW

TO: (Name and address of Defendant)
Google, Inc.
c/o Registered Agent
Corporation Service Company
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on Red Bend Software, Inc., et al,

c/o Daniel J. Cloherty, Esq.
Dwyer & Collora, LLP
600 Atlantic Ave.
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ – Steve York
(By) DEPUTY CLERK



ISSUED ON 2009-11-05 13:11:41.0, Clerk
USDC DMA

Dockets.Justia.com

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | November 17, 2009 |
| NAME OF SERVER (PRINT) John Roberto | TITLE | Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by serving in-hand upon Bernardo Montanez, Process Specialist for Corporation Service Co., Registered Agent for Google, Inc., 84 State St., Boston, MA @ 4:45 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/17/09
              Date

Signature of Server   John Roberto

Address of Server    92 State St., Boston, MA 02109

See attached list of documents served.