UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD., and <br> RED BEND SOFTWARE INC., <br><br>                 Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br>                 Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION <br> )    No. 1:09-CV-11813-DPW <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Jonathan M. Albano of the law firm of Bingham McCutchen LLP, One Federal Street, Boston, MA, as counsel for defendant Google Inc. in the above-captioned matter.

Dated: November 23, 2009

                                          Respectfully submitted,

                                          /s/ Jonathan M. Albano
                                          Jonathan M. Albano, BBO # 013850
                                          (jonathan.albano@bingham.com)
                                          BINGHAM MCCUTCHEN LLP
                                          One Federal Street
                                          Boston, MA  02110
                                          (617) 951-8000

## **Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on November 23, 2009.

                                          /s/  Jonathan M. Albano
                                          Jonathan M. Albano, BBO # 013850

- 1 -