# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RED BEND LTD., and
RED BEND SOFTWARE INC.,

    Plaintiffs,

  v.

GOOGLE INC.,

    Defendant.

Civil Action No. 09-cv-11813-DPW

## AFFIDAVIT OF ROBERT C. SCHEINFELD, ESQ.

I, Robert C. Scheinfeld, hereby certify as follows:

1. I make this affidavit in support of the motion for admission *pro hac vice* in the above-captioned matter.

2. I am an attorney with the law firm of Baker Botts L.L.P., which is located at 30 Rockefeller Plaza, 44th Floor, New York, New York 10012-4498.

3. I represent the Plaintiffs in the above-captioned matter.

4. I have been admitted to practice in and am a member in good standing in the jurisdiction of New York State, as well as the United States Supreme Court, the United States Courts of Appeals for the Second, Third, Fifth and Federal Circuits, and the United States District Courts for the Northern, Southern, Eastern and Western Districts of New York and the Eastern District of Pennsylvania.

5. I am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 18th day of November, 2009.

---
Robert C. Scheinfeld