Red Bend Software, Inc. et al v. Google

Doc. 13 Att. 2

# EXHIBIT B

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD., and<br>RED BEND SOFTWARE INC.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Civil Action No. 09-cv-11813-DPW |

## AFFIDAVIT OF ELIOT D. WILLIAMS, ESQ.

I, Eliot D. Williams, hereby certify as follows:

1.　I make this affidavit in support of the motion for admission *pro hac vice* in the above-captioned matter.

2.　I am an attorney with the law firm of Baker Botts L.L.P., which is located at 30 Rockefeller Plaza, 44th Floor, New York, New York 10012-4498.

3.　I represent the Plaintiffs in the above-captioned matter.

4.　I have been admitted to practice in and am a member in good standing in the jurisdiction of New York State, as well as the United States District Court for the Southern District of New York, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court.

5.　I am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.　I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 18th day of November, 2009.

_____
Eliot D. Williams