UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD., and<br>RED BEND SOFTWARE INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)    CIVIL ACTION<br>)    No. 1:09-CV-11813-DPW<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO ADMIT WILLIAM F. ABRAMS PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Jonathan M. Albano, a member of the Bar of this Court, hereby moves for an order admitting *pro hac vice* William F. Abrams, Esq. as counsel for Google Inc. in this matter. A Certification of William F. Abrams in support of this Motion is attached hereto as Exhibit 1.

WHEREFORE, movant respectfully requests that this Court grant this Motion to admit William F. Abrams *pro hac vice* in this matter.

Dated: November 23, 2009

                Respectfully submitted,

        /s/ Jonathan M. Albano
        Jonathan M. Albano, BBO # 013850
        (jonathan.albano@bingham.com)
        BINGHAM MCCUTCHEN LLP
        One Federal Street
        Boston, MA  02110
        (617) 951-8000

## Local Rule 7.1 Certification

I hereby certify that counsel to Google Inc. and counsel to the plaintiffs conferred with respect to this motion and that plaintiffs' counsel raised no objection thereto.

    /s/ Jonathan M. Albano
    Jonathan M. Albano, BBO # 013850

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on November 23, 2009.

    /s/ Jonathan M. Albano
    Jonathan M. Albano, BBO # 013850