UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD., and <br> RED BEND SOFTWARE INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | CIVIL ACTION <br> No. 1:09-CV-11813-DPW |

**CERTIFICATION OF WILLIAM F. ABRAMS IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE**

I, William F. Abrams, Esq., hereby declare under penalties of perjury as follows:

1. I am a Partner with the law firm Bingham McCutchen LLP in East Palo Alto, California. I make this Certification in support of the Motion for my admission *pro hac vice* in this matter on behalf of Defendant Google Inc.

2. I am admitted to practice before the Supreme Court of California; before the United States District Courts for the Central District of California, the Eastern District of California, the Northern District of California, the Southern District of California, and the Eastern District of Texas; before the United States Courts of Appeal for the Ninth and Federal Circuits; before the United States Tax Court; and before the United States Supreme Court.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

- 1 -

6.  I respectfully request that I be permitted to appear *pro hac vice* on behalf of Defendant Google Inc. in this matter.

I declare that the foregoing is true and correct. Signed under penalty of perjury this 23rd day of November, 2009 in East Palo Alto, California.

Dated: November 23, 2009                                    Respectfully submitted,

/s/ William F. Abrams
William F. Abrams, CA SBN 88805
william.abrams@bingham.com
**BINGHAM McCUTCHEN LLP**
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: 650.849.4400
Facsimile: 650.849.4800

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on November 23, 2009.

 /s/  Jonathan M. Albano
   Jonathan M. Albano, BBO # 013850

A/73223501.1/0888888-0000833617