UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD., and <br> RED BEND SOFTWARE INC., <br>               Plaintiffs, <br> v. <br> GOOGLE INC., <br>               Defendant. | CIVIL ACTION <br> No. 1:09-CV-11813-DPW |

## CERTIFICATION OF ROBERT C. BERTIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Robert C. Bertin, Esq., hereby declare under penalties of perjury as follows:

1. I am a Partner with the law firm Bingham McCutchen LLP in Washington, D.C. I make this Certification in support of the Motion for my admission *pro hac vice* in this matter on behalf of Defendant Google Inc.

2. I am admitted to practice before the Supreme Court of Virginia; before the United States Patent and Trademark Office; the United States District Courts for the Eastern District of Virginia and the District of Maryland; and before the United States Courts of Appeal for the Federal Circuit and the Fourth Circuit.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I respectfully request that I be permitted to appear *pro hac vice* on behalf of Defendant Google Inc. in this matter.

A/73223499.1/0888888-0000833617

I declare that the foregoing is true and correct. Signed under penalty of perjury this 23rd day of November, 2009 in Washington, D.C.

Dated: November 23, 2009					Respectfully submitted,

**/s/** Robert C. Bertin
Robert C. Bertin, Bar No. 469582 (DC)
robert.bertin@bingham.com
**BINGHAM McCUTCHEN LLP**
2020 K Street, N.W.
Washington, DC  20006-1806
Telephone: 202.373.6000
Facsimile: 202.373.6001

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on November 23, 2009.

 /s/  Jonathan M. Albano
   Jonathan M. Albano, BBO # 013850