## GOOGLE'S PROPOSED PRELIMINARY INJUNCTION PROCESS SCHEDULE

| Proposed Deadline | Preliminary Injunction Process Event |
| --- | --- |
| Week of November 30, 2009 | Status conference |
| December 22, 2009 | Red Bend's production of requested documents |
| January 15, 2010 | Last day for Red Bend to make Mr. Salinger and Dr. Edwards available for deposition on the subjects discussed in their declarations |
| January 29, 2010 | Google to file opposition to Red Bend's preliminary injunction motion. |
| February 5, 2010 | Red Bend to file any reply brief in support of preliminary injunction motion. |
| Week of February 15, 2010 | Hearing on Preliminary Injunction Motion, including any technology tutorial and argument on claim construction issues |

A/73225731.1