UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br><br>                Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                Defendant. | CIVIL ACTION<br>NO. 09-cv-11813 |

## [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO DISMISS PLAINTIFFS' INDIRECT INFRINGEMENT CLAIMS

Upon consideration of Defendant Google Inc.'s Motion to Dismiss Plaintiffs' Indirect Infringement Claims, and all papers and evidence submitted in connection therewith;

IT IS HEREBY ORDERED, that Defendant Google Inc.'s Motion to Dismiss Plaintiffs' Indirect Infringement Claims is GRANTED, and Plaintiffs' claims of contributory infringement and induced infringement are hereby dismissed.

Dated: _____, 2009

                                                              _____
                                                              Judge Douglas P. Woodlock
                                                              United States District Court
                                                              District of Massachusetts

A/73229061.1