UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br><br>                       Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>                       Defendant. | CIVIL ACTION<br>NO. 09-cv-11813 |

## **CORPORATE DISCLOSURE STATEMENT**

Google Inc. files this Corporate Disclosure Statement pursuant to Rule 7.3 of the Local Rules of this Court.

Google Inc. is not owned by a parent corporation and no publicly held company owns 10% or more of Google Inc.'s stock.

Dated: December 1, 2009

Respectfully Submitted,

Google Inc.,

By its attorneys,

/s/ Susan Baker Manning
Jonathan M. Albano, BBO #013850
jonathan.albano@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726, U.S.A.
617.951.8000

A/73229045.1

William F. Abrams
william.abrams@bingham.com
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223

Robert C. Bertin
robert.bertin@bingham.com
Susan Baker Manning
susan.manning@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
202.373.6000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2009.


/s/ Susan Baker Manning
susan.manning@bingham.com