UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD., and<br>RED BEND SOFTWARE INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>                Defendant. | CIVIL ACTION<br>No. 1:09-CV-11813-DPW |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of David M. Magee of the law firm of Bingham McCutchen LLP, One Federal Street, Boston, MA, as counsel for defendant Google Inc. in the above-captioned matter.

Dated: January 6, 2010

Respectfully submitted,

       /s/ David M. Magee
       David M. Magee, BBO # 652399
       (david.magee@bingham.com)
       BINGHAM MCCUTCHEN LLP
       One Federal Street
       Boston, MA 02110
       (617) 951-8000

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on January 6, 2010.

       /s/ David M. Magee
       David M. Magee, BBO # 652399

- 1 -