EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD. and <br> RED BEND SOFTWARE INC., <br>       Plaintiffs, <br> v. <br> GOOGLE INC., <br>       Defendant. | CIVIL ACTION <br> NO. 09-cv-11813 |
| GOOGLE INC., <br>       Counterclaim-Plaintiff, <br> v. <br> RED BEND LTD. and <br> RED BEND SOFTWARE INC., <br>       Counterclaim-Defendants. | |

**[PROPOSED] ORDER ON GOOGLE'S EMERGENCY MOTION TO COMPEL DEPOSITIONS OR IN THE ALTERNATIVE STRIKE DELARATIONS OF YORAM SALINGER AND STEPHEN EDWARDS AND/OR PRECLUDE REPLY BRIEFING**

THIS MATTER having come before the Court on Defendant Google, Inc.'s Motion to Compel Declarations Or In the Alternative Strike Declarations of Yoram Salinger And Stephen Edwards And/Or Preclude Reply Briefing, under F.R. Civ. P. 37 and Local Rule 37.1, for an Order compelling Mr. Salinger and Dr, Edwards to appear forthwith for deposition or in the alternative strike Mr. Salinger's and Dr. Edwards' declarations and/or preclude Red Bend from filing a reply brief in support of its motion for preliminary injunction; and the Court having considered the moving and opposing papers and argument of counsel:

IT IS on this ___ day of January 2010, ORDERED that:

Defendant Google, Inc.'s Motion is GRANTED as follows (check applicable relief):

[  ]  Plaintiffs shall make Yoram Salinger and Stephen Edwards available for deposition no later than [Tuesday, January 19, 2010] _____.

[  ]  The Declarations of Yoram Salinger and Stephen Edwards are stricken from the record.

[  ]  Red Bend is precluded from filing a reply brief in support of its motion for preliminary injunction.

_____

HON. DOUGLAS P. WOODLOCK
U.S.D.C. JUDGE