EXHIBIT 3

BINGHAM

Susan Baker Manning
Direct Phone: 202.373.6172
Direct Fax: 202.373.6472
susan.manning@bingham.com

January 4, 2010

**VIA ELECTRONIC MAIL**

Eliot D. Williams, Esq.
Baker Botts L.L.P.
30 Rockefeller Plaza
44th Floor
New York, NY 10012-4498

      Re:   *Red Bend Ltd. v. Google Inc.*, **Case No. 09-cv-11813**

Dear Eliot:

Please advise as to the availability of Red Bend's declarants, Yoram Salinger and Dr. Stephen Edwards, for deposition during the week of January 11-15. We would be amendable to deposing Dr. Edwards in New York if that is his preference, and would prefer to depose Mr. Salinger in Washington, D.C.

Please give me a call once you know their availability.

Sincerely yours,

Susan Baker Manning

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
2020 K Street NW
Washington, DC
20006-1806

T +1.202.373.6000
F +1.202.373.6001
bingham.com

A/73256075.1