UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br>                    Plaintiffs,<br>v.<br>GOOGLE INC.,<br>                    Defendant.<br><br>GOOGLE INC.,<br>                  Counterclaim-Plaintiff,<br>v.<br>RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br>                  Counterclaim-Defendants. | CIVIL ACTION<br>NO. 09-cv-11813 |

## CERTIFICATION OF CHESTER W. DAY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Chester W. Day, Esq., hereby declare as follows:

1. I am in-house Associate Litigation Counsel at Google Inc. in Mountain View, California. I make this Certification in support of the Motion for my admission *pro hac vice* in this matter on behalf of defendant and counterclaim-plaintiff Google Inc.

2. I am admitted to practice before the courts of the State of California and before the United States District Court for the Northern District of California.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I respectfully request that I be permitted to appear *pro hac vice* on behalf of Google Inc. in this matter.

7. I declare that I am not involved in product design or pricing or similar competitive decisions for the accused product(s) as defined in U.S. *Steel Corp. v. U.S.*, 730 F.2d 1465, 1468 n.3 (Fed. Cir. 1984).

I declare that the foregoing is true and correct. Signed under penalty of perjury this 1ST day of February, 2010 in Mountain View, CA.

Respectfully submitted,

Chester W. Day
**GOOGLE INC.**
1600 Amphitheatre Parkway
Mountain View, CA 94043
Phone: 650.214.3725
Fax: 650.618.1806
e-mail: cday@google.com

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on February 3, 2010.

/s/ David M. Magee
David M. Magee, BBO # 652399