UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br>       Plaintiffs,<br>  v.<br>GOOGLE INC.,<br>       Defendant. | CIVIL ACTION<br>NO. 09-cv-11813 |
| GOOGLE INC.,<br>       Counterclaim-Plaintiff,<br>  v.<br>RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br>       Counterclaim-Defendants. | |

## **CERTIFICATION OF ELIZABETH B. AUSTERN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Elizabeth B. Austern, Esq., hereby declare under penalties of perjury as follows:

1. I am an Associate with the law firm Bingham McCutchen LLP in Washington, D.C. I make this Certification in support of the Motion for my admission *pro hac vice* in this matter on behalf of Defendant Google Inc.

2. I am admitted to practice before the courts of the Commonwealth of Virginia; before the United States District Courts for the Eastern District of Texas and the District of Columbia; and before the United States Patent and Trademark Office.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I respectfully request that I be permitted to appear *pro hac vice* on behalf of Defendant Google Inc. in this matter.

I declare that the foregoing is true and correct. Signed under penalty of perjury this 3rd day of February, 2010 in Washington, D.C.

Respectfully submitted,

**/s/** Elizabeth Austern
Elizabeth Austern
Bar Nos. 70777 (VA) and 499509 (DC)
elizabeth.austern@bingham.com
**BINGHAM McCUTCHEN LLP**
2020 K Street, N.W.
Washington, DC 20006-1806
Telephone: 202.373.6000
Facsimile: 202.373.6001

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on February 3, 2010.

/s/ David M. Magee
David M. Magee, BBO # 652399

- 2 -
A/73285504.1/3005005-0000343244