UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br>       Plaintiffs,<br>v.<br>GOOGLE INC.,<br>       Defendant.<br><br>GOOGLE INC.,<br>       Counterclaim-Plaintiff,<br>v.<br>RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br>       Counterclaim-Defendants. | CIVIL ACTION<br>NO. 09-cv-11813 |

### GOOGLE INC.'S ASSENTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF PAGE LIMIT

Pursuant to Local Rule 7.1(b)(4), Defendant and Counterclaim-Plaintiff Google, Inc. moves for leave to file a memorandum of up to thirty (30) pages in opposition to Red Bend's Motion for Preliminary Injunction ("Opposition Memorandum"). The Opposition Memorandum is due to be filed this Friday, February 26, 2010.

As grounds for this Motion, Google states that it is unable to adequately brief the necessary topics within the twenty-page limit set by the Court in Local Rule 7.1(b)(4). Google's Opposition Memorandum explains Plaintiff's patented technology, Google's non-infringement positions, numerous prior art references, how those references render Plaintiff's patent invalid, how Plaintiff has failed to show that it is likely to be irreparably injured, and that Plaintiff cannot meet its burden for injunctive relief. As a result of the extensive factual background, experts' analyses, complexity of the issues, and in order to fully apprise the Court of the legal and factual reasons why Plaintiff's Motion for a Preliminary Injunction should be denied, the requested page

extension is appropriate.

WHEREFORE, Google respectfully requests that the Court grant its motion for leave to file its Opposition Memorandum of up to thirty (30) pages.

## **LOCAL RULE 7.1 and 37.1 CERTIFICATION**

Pursuant to Local Rules 7.1(A)(2) and 37.1(A), counsel for the parties certify that they have conferred. Counsel for Plaintiff assents to this motion.

Respectfully Submitted,

GOOGLE, INC.

By its attorneys,

/s/ David M. Magee                .

Jonathan M. Albano, BBO # 013850
jonathan.albano@bingham.com
David M. Magee, BBO # 652399
david.magee@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA  02110-1726, U.S.A.
617.951.8000

William F. Abrams
william.abrams@bingham.com
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
650.849.4400

Robert C. Bertin
robert.bertin@bingham.com
Susan Baker Manning
susan.manning@bingham.com
Elizabeth B. Austern
Elizabeth.austern@bingham.com
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
202.373.6000

Dated: February 23, 2010

- 2 -
A/73302520.1/3005005-0000343244

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on February 23, 2010.

    /s/ David M. Magee
    David M. Magee, BBO # 652399