UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD. and <br> RED BEND SOFTWARE INC., <br>                     Plaintiffs, <br> v. <br> GOOGLE INC., <br>                     Defendant. <br><br> GOOGLE INC., <br>                   Counterclaim-Plaintiff, <br> v. <br> RED BEND LTD. and <br> RED BEND SOFTWARE INC., <br>                   Counterclaim-Defendants. | CIVIL ACTION <br> NO. 09-cv-11813 |

### GOOGLE INC.'S ASSENTED TO MOTION FOR EXTENSION TO FILE
### <u>OPPOSITION TO PRELIMINARY INJUNCTION MOTION</u>

Pursuant to Local Rule 7.1, Defendant and Counterclaim-Plaintiff Google, Inc. moves for an Order of the Court granting a one (1) business day extension from Friday, February 26, 2010 to Monday, March 1, 2010 to file its opposition to Red Bend's Motion for Preliminary Injunction ("Opposition Memorandum"). The Opposition Memorandum is due to be filed this Friday, February 26, 2010. As grounds for this Motion, Google states that its seeks the additional time so as to be able to respond fully and succinctly to the issues and arguments presented within the page limitations agreed to by the parties and allowed by the Court.

WHEREFORE, Google respectfully requests that the Court grant its motion for extension to file its Opposition Memorandum to Monday, March 1, 2010.

# LOCAL RULE 7.1 and 37.1 CERTIFICATION

Pursuant to Local Rules 7.1(A)(2) and 37.1(A), counsel for the parties certify that they have conferred. Through counsel, Plaintiff has assented to the relief sought in this motion.

Respectfully Submitted,

GOOGLE, INC.

By its attorneys,

/s/ David M. Magee            .

Jonathan M. Albano, BBO # 013850
jonathan.albano@bingham.com
David M. Magee, BBO # 652399
david.magee@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA  02110-1726, U.S.A.
617.951.8000

William F. Abrams
william.abrams@bingham.com
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
650.849.4400

Robert C. Bertin
robert.bertin@bingham.com
Susan Baker Manning
susan.manning@bingham.com
Elizabeth B. Austern
Elizabeth.austern@bingham.com
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
202.373.6000

Dated: February 25, 2010

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on February 25, 2010.

          /s/ David M. Magee
          David M. Magee, BBO # 652399

A/73306129.1/3005005-0000343244