UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br>　　　　　　　　　Defendant.<br><br>GOOGLE INC.,<br>　　　　　　　　　Counterclaim-Plaintiff,<br><br>v.<br><br>RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br>　　　　　　　　　Counterclaim-Defendants. | CIVIL ACTION<br>NO. 09-cv-11813 |

## **UNOPPOSED MOTION TO ADMIT CATHERINE C. LACAVERA PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, David M. Magee, a member of the Bar of this Court, hereby moves for an order admitting *pro hac vice* Catherine C. Lacavera, Esq. as counsel for Google Inc. in this matter. A Certification of Catherine C. Lacavera in support of this Motion is attached hereto as Exhibit 1.

WHEREFORE, movant respectfully requests that this Court grant this Motion to admit Catherine C. Lacavera *pro hac vice* in this matter.

Dated: February 25, 2010

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ David M. Magee
　　　　　　　　　　　　　　　　　　　　David M. Magee, BBO # 652399
　　　　　　　　　　　　　　　　　　　　(david.magee@bingham.com)
　　　　　　　　　　　　　　　　　　　　BINGHAM MCCUTCHEN LLP
　　　　　　　　　　　　　　　　　　　　One Federal Street
　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　(617) 951-8000

**Local Rule 7.1 Certification**

I hereby certify that counsel to Google Inc. and counsel to the plaintiffs conferred with respect to this motion and that plaintiffs' counsel raised no objection thereto.

    /s/  David M. Magee
    David M. Magee, BBO # 652399

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on February 25, 2010.

    /s/  David M. Magee
    David M. Magee, BBO # 652399