# **<u>EXHIBIT 4</u>**

Usage Share Statistics for Internet Technologies

Sales: 1.888.802.8390  Log In

Our Partners 8,960 ▲

Applications | Partners | Services | Company | Contact

## Browser Market Share

January, 2010

| January ▼ | 2010 ▼ | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| ▶27 | 28 | 29 | 30 | 31 | 1 | 2 |
| ▶3 | 4 | 5 | 6 | 7 | 8 | 9 |
| ▶10 | 11 | 12 | 13 | 14 | 15 | 16 |
| ▶17 | 18 | 19 | 20 | 21 | 22 | 23 |
| ▶24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ▶31 | 1 | 2 | 3 | 4 | 5 | 6 |

Lock Date

### Signup
Signup ▶

### Reports
Featured Reports ▶
Worldview ▶
Browsers ▶
Search Engines ▶
Operating Systems ▶
Mobile ▶
Resolutions ▶
ISPs ▶
Share by Company or Organization ▶

Follow us on Twitter

### Net Applications
Partner Programs
HitsLink
SurveyWare

Read about using web analytics to identify possible click fraud
Download

Read about how to maximize your ROI with HitsLink Enterprise
Download

Web log analyzers vs. real-time stats. What are the differences?
Download

**Show Share of All Users Using Any Combination of:**
Operating System [ All ]
Search Engine [ All ]

Geographic and Demographic Filter

Timeframe ▼ | Export To ▼ | Options ▼ | List Size ▼     <Embed /> | Help

Total Market Share

- 62.12% - Microsoft Internet Explorer
- 24.43% - Firefox
- 5.22% - Chrome
- 4.53% - Safari
- 2.38% - Opera
- 0.59% - Opera Mini
- 0.68% - Other

| Browser ▼ | Total Market Share ▼ |
|---|---|
| Microsoft Internet Explorer | 62.12% |
| Firefox | 24.43% |
| Chrome | 5.22% |
| Safari | 4.53% |
| Opera | 2.38% |
| Opera Mini | 0.59% |
| Netscape | 0.36% |
| Mozilla | 0.14% |
| ACCESS NetFront | 0.05% |
| Playstation | 0.05% |
| Flock | 0.03% |
| Konqueror | 0.03% |
| Obigo | 0.01% |
| Danger Web Browser | 0.01% |
| Microsoft Pocket Internet Explorer | 0.01% |
| Blazer | 0.00% |
| WebTV | 0.00% |
| Lotus Notes | 0.00% |
| BlackBerry | 0.00% |
| iCab | 0.00% |
| ANT Galio | 0.00% |

Report generated Thursday, February 25, 2010 11:44:15 PM

Net Applications - Support - Copyright - Privacy - Contact Us - Partner Programs