EXHIBIT 8

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]