EXHIBIT 9

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]