EXHIBIT 11

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]