EXHIBIT 12

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]