EXHIBIT 14

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]