# **EXHIBIT 15**

BIOGRAPHY — *Terry H. Korn, CPA, ABV*

Terry H. Korn is a partner and Co-Director of Berdon LLP's Litigation and Business Valuation Group. Berdon, based in New York City, is one of the top 30 accounting and business advisory firms in the U.S. Prior to joining Berdon, he was a partner and the National Director of Valuation Services at Coopers & Lybrand LLP, and the Regional Managing Partner of the Valuation Services Group for the Metro New York/Northeast Region of Arthur Andersen LLP.

In a valuation and damages consulting career spanning 30 years, he has been involved in numerous engagements encompassing virtually every industry for a variety of purposes. Mr. Korn has particular experience in computing damages and preparing valuations of patents, trademarks, tradenames, copyrights, and trade secrets (know-how). He has been involved in several hundred patent valuations cutting across most industries and some one hundred trademark/tradename valuations. Mr. Korn has been accepted as an expert witness in intellectual property lost profits and royalty damages.

Mr. Korn is a leading figure in formulating U.S. valuation standards, approaches, and policy as is demonstrated by his induction into the Valuation Hall of Fame. He has held leadership positions in the following industry organizations:

- Founder and Chairman of the Business Valuations and Appraisals Subcommittee of the American Institute of Certified Public Accountants.

- Chairman, Accredited in Business Valuation (ABV) Examination Committee of the American Institute of Certified Public Accountants — responsible for developing the test for the ABV designation.

- Member, Board of Trustees of the Appraisal Foundation — the organization empowered by the U.S. Congress to promulgate valuation standards (the "USPAP Standards") to be used in federally related transaction appraisals (valuations) and establish qualification criteria for licensing and certification of appraisers. Selected to the Board as the original representative for business valuation.

- Chairman, Technical Review Board — Business Valuation (Advanced Study) of the American Institute of Certified Public Accountants.

Mr. Korn has an extensive background in providing training in valuation and commercial damages to law firms, as well as specialized advanced training for litigators in cross examination techniques of such expert witnesses. He has also participated in the following:

- New York University School of Law — seminar in valuation theory and practice.

- AICPA Annual Business Valuation Conference — Steering Committee and presenter.

Mr. Korn holds an Advanced Professional Certificate in Accounting (Post Graduate) from New York University, an MBA in Finance and Business Economics from the University of Southern California, and a Bachelor of Engineering from The City College of New York.

Mr. Korn is a CPA in New York and Pennsylvania (inactive). He has also earned the Accredited in Business Valuation (ABV) designation of the American Institute of Certified Public Accountants.

Int. Prop.

TESTIMONY — *Terry H. Korn, CPA, ABV*

In the preceding four years, Terry H. Korn has testified as an expert in the following matters:

- Karen Kwong So v. R & M Richards, Inc., Supreme Court of the State of New York, County of New York

- Beverage Marketing USA, Inc. and Hornell Brewing Co., Inc. (AriZona Beverages) v. South Beach Beverage Company, Inc. (PepsiCo, Inc.) and John Bello, Supreme Court of the State of New York, County of Nassau

- InviteHealth, Inc. v. Humana MarketPOINT, Inc., American Arbitration Association Case No. 13 193 00578 05

- Watering II, LLC and HMN Holdings, LLC, in its own capacity and derivatively on behalf of eClassics.com, LLC v. Speed Channel Inc., Superior Court of the State of Vermont, County of Bennington

- New York University v. AutoDesk, Inc., U.S. District Court, Southern District of New York

- Thomas Publishing Company v. Industrial Quick Search, Inc., JAMS New York Case No. 1420017273

- Francis J. McDonough v. W. H. Reaves & Co., Inc., NASD Dispute Resolution Case No. 06-02188

- Bank of America, N.A. and Fleet Precious Metals Inc. v. Allen Bloom, Combine International, Inc., Shrikant Mehta and Roger Parsons, U.S. District Court, District of New Jersey

- American Calcar, Inc. v. American Honda Motor Co., Inc. et al, U.S. District Court, Southern District of California

- Kara Technology Incorporated v. Stamps.com Inc., U.S. District Court, Central District of California

- Jamaica Acquisition, Inc., et. al., v. Sylvia Eisenberg, et. al., Supreme Court of the State of New York, County of Nassau

- Dennis J. Buckley, as Trustee of the DVI Liquidating Trust v. Deloitte & Touche USA et al, U.S. District Court, Southern District of New York

- Dennis J. Buckley, as Trustee of the DVI Liquidating Trust v. Clifford Chance LLP et al, U.S. District Court, Eastern District of Pennsylvania

- Timex Licensing Corporation v. Advance Watch Company, Ltd., U.S. District Court, District of Connecticut

- Daniel Bielski, et al. v. Royal Plumbing & Heating Corp., et al., U.S. District Court, Eastern District of New York

- Paramount Farms, Inc. v. Ventilex USA, Inc., American Arbitration Association Case No. 72-110-Y-00581-08