# **<u>EXHIBIT 16</u>**



ENGLISH | CUSTOMER SUPPORT
日本語 | SITE MAP
中文 | Contact Us
한글

SOLUTIONS

MARKETS
- Mobile Phones
- M2M Modules
- Customers

PARTNERS

COMPANY

RESOURCES

NEWS & EVENTS

CONTACT US

- Red Bend Press Releases
- Red Bend in the News
- Red Bend Blog





**A Demonstration of vCurrent Mobile Handset Updating**

Learn how Firmware Over the Air (FOTA) updating works and discover the advantages of the Red Bend solution.

To download a copy right-click here, and select "Save Target As..."

## Markets

Software is everywhere, bringing new functionality and greater convenience to everyday activities, from listening to music on mobile phones to getting visual directions while driving. As the amount of deployed software has increased, so too has the need to remotely manage that software to provide cost-effective maintenance updates and enable new feature-rich services.

Red Bend Software provides solutions for remotely managing software in the following markets:

Mobile Phones - Perform firmware updates and deliver customized software components over-the-air to mobile phones in consumers' hands

M2M Modules - Keep machines operational without the need for hands-on repair

Our Customers represent the world's leading manufacturers of mobile phones and communications modules.

GRB00001777

Red Bend Software  Markets

Red Bend is the leading provider of firmware over-the-air (FOTA) updating and mobile software management solutions used by the world's leading mobile handset manufacturers to quickly and reliably deliver compact firmware updates to mobile phones already in the hands of users.

Copyright © 2006 Red Bend All Rights Reserved