EXHIBIT 17

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]