# **EXHIBIT 18**

Red Bend Software - Corporate Profile

# Corporate Profile

Red Bend Software helps mobile phone manufacturers and network operators to accelerate the adoption of new services and features, respond rapidly to customer needs, and reduce support costs through mobile software management solutions. LG Electronics, Motorola, NEC, Sharp, Sony Ericsson, and other large handset manufacturers use Red Bend's firmware over-the-air (FOTA) mobile client software to quickly and reliably deliver compact firmware updates mobile phones already in the hands of consumers. Founded in 1999, Red Bend Software is a privately held, venture capital-financed company with offices in China, Israel, Japan, Korea, the U.K and the U.S.

Red Bend Corporate Profile (136 k)

SOLUTIONS

MARKETS

PARTNERS

COMPANY
- Board of Directors
- Careers
- Employment
- Brand Usage Guidelines

RESOURCES

NEWS & EVENTS

CONTACT US

- Red Bend Press Releases
- Red Bend in the News
- Red Bend Blog

Copyright © 2009 Red Bend All Rights Reserved

Home | Solutions | Markets | Partners | Company | Resources | News & Events | Contact Us | Terms | Site Map

Red Bend is the leading provider of firmware over-the-air (FOTA) updating and mobile software management solutions used by the world's leading mobile handset manufacturers to quickly and reliably deliver compact firmware updates to mobile phones already in the hands of users.

GRB00001786