EXHIBIT 19

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]