EXHIBIT 20

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]