# EXHIBIT 21

Dockets.Justia.com

GRB00001799



# Red Bend
## Software

ENGLISH | 日本語 | 中文
日本語
中文

## SOLUTIONS

- Firmware Updates
- How it Works
- Proven Benefits
- Proven Technology
- Component Updates
- Component Management
- Vcurrent Mobile Platform

## MARKETS

## PARTNERS

## COMPANY

## RESOURCES

## NEWS & EVENTS

## CONTACT US

- Red Bend Press Releases
- Red Bend in the News
- Red Bend Blog

# Firmware Updates

Red Bend Software is the market leader in firmware over-the-air (FOTA) updating, with 60% share of new FOTA-enabled mobile phones as of Q3 2008, according to independent market research firm, Ovum. The solution has been proven in millions of accurate and secure firmware updates, and has been adopted by the industry's leading manufacturers of mobile phones, modems and M2M modules.

As of April 2009, Red Bend has combined its vCurrent® Mobile and vRapid Mobile products together into a single solution for mobile software management (read press release, Red Bend Software Introduces Industry's First Mobile Software Management Client). The combined product, called vRapid Mobile, is the industry's first MSM client capable of firmware updating, software component management and application management. Existing vCurrent Mobile customers may upgrade to vRapid Mobile FOTA capability for no additional fee. Please contact Red Bend for more information.

vRapid Mobile FOTA can reduce support costs and increase consumer satisfaction by remotely updating firmware with software improvements and new functionality. The solution manages key elements of the firmware update process:

- Identifies the essential changes from an existing version of firmware to a new, updated version.

- Reduces the new updated firmware to a compact package, up to 97% smaller than can be achieved through other techniques, to allow for efficient over-the-air delivery.

- Installs the new firmware within the limited memory available on a wireless device.

- Manages different versions of updated firmware and their deployment on a variety of devices.

Red Bend products are covered by US patent number 6,546,552, Canada patent 2,339,923, Australia patent AU 761019, Singapore patent 78866 and other patents pending.



## A Demonstration of vCurrent Mobile Handset Updating

Learn how Firmware Over the Air (FOTA) updating works and discover the advantages of the Red Bend solution.

To download a copy right-click here and select "Save Target As..."

GRB00001800

Red Bend's FOTA and mobile software management solutions are based on the company's patented over the air update technology. This technology efficiently and reliably generates and installs extremely compact mobile handset firmware updates.

Wireless Devices and Wireless Device Software Updating | FOTA Updating

Mobile Phone Software | FOTA Mobile Device Repair | FOTA Mobile Phone Software Updating

Mobile Phone Software Updating | Mobile Phone Firmware Updating | Mobile Phone Firmware Upgrades

Mobile Device Management | Mobile Phone Firmware Updating

Home | Solutions | Markets | Partners | Company | Resources | News & Events | Contact Us | Terms | Site Map

Copyright © 2009 Red Bend All Rights Reserved