EXHIBIT 22

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]