EXHIBIT 23

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]