# **<u>EXHIBIT 24</u>**

smilani@google.com | My favorites    | Profile | Sign out

# chromium
*An open-source browser project to help move the web forward.*

[Search projects]

**Project Home**  **Downloads**  **Wiki**  **Issues**

New issue | Search [Open issues] for [courgette] [Search] |
Advanced search | Search tips

### Issue 22847: Need Incremental Installer For Mac         1 of 3 Next ›
6 people starred this issue and may be notified of changes.     Back to list

**Status:** Available

**Owner:** ----

**Cc:** jon@chromium.org,
jrg@chromium.org,
mikesm...@chromium.org,
mar...@chromium.org,
laforge@chromium.org

~~OS-Mac~~
~~Area-Installer~~
~~Pri-2~~
~~Type-Bug~~
~~Mstone-5~~
~~ReleaseBlock-Stable~~

Add a comment below

Reported by jon@chromium.org, Sep 23, 2009

```
When we are pushing updates to a large number of Stable users we need to
be able to do so quickly and efficiently.  For Windows we have Courgette
which makes some updates very small.

http://dev.chromium.org/developers/design-documents/software-updates-
courgette

This solution is Windows specific so I don't expect us to use it.  However, we
need some solution which reduces the overall size of the download for
upgrades between two specific releases.
```

Comment 1 by kuchhal@chromium.org, Oct 22, 2009

```
Change summary to reflect what I think the bug is about.
```

  **Summary:** Need Incremental Installer For Mac

Comment 2 by jrg@chromium.org, Oct 22, 2009

```
(No comment was entered for this change.)
```

  **Cc:** mar...@chromium.org

## Add a comment

☆ **Vote for this issue and get email change notifications**

[Enter your comments                                          ]

©2009 Google - Code Home - Terms of Service - Privacy Policy - Site Directory - Project Hosting Help

GOOG-00027919