EXHIBIT 25

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]