EXHIBIT 27

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]