EXHIBIT 28

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]