EXHIBIT 35

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]