EXHIBIT 36

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]