EXHIBIT 37

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]

Dockets.Justia.com