EXHIBIT 1

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Dockets.Justia.com