# EXHIBIT A

# CV

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

## Expertise

**IC Design**
- EDA Software
- Digital circuit design and simulation
- Analog IC design and analysis
- Analog circuit design
- RF and microwave circuit design

**Source Code**
- Identification of copied source code
- Analysis of copied source code
- Analysis of alleged trade secret misappropriation
- Patent infringement of source code
- Copyright infringement of source code, including database schemas

## Litigation Experience

Dr. Walker has testified in jury trials and arbitration involving software technology issues. He has been engaged as a "technology neutral" to assist in the resolution and adjudication of electronic discovery issues. Dr. Walker also has significant experience in giving deposition testimony and in preparing declarations and expert reports. Dr. Walker regularly works with attorneys to help articulate and manage the many technology issues that arise in complex litigation. He is particularly adept at explaining complex technology issues to lay audiences and, as such, has often been asked to present Markman tutorials and prepare demonstratives. Dr. Walker is often asked to evaluate alleged trade secrets and provide opinions regarding the sufficiency of the trade secret description.

## Industry Experience

Dr. Walker is a recognized expert with over 35-years of experience in design of integrated circuits, including analog, digital and RF/microwave circuits. His analog IC circuit design experience includes analog components such as PLLs, voltage regulators and linear systems. In the digital IC design Dr. Walker has experience at the circuit level, including such structures as ESD components, level shifters, sense amps, SDRAM circuits such as DDR sequencing circuits and On-Die Termination (ODT).

Dr. Walker also has experience in the web-based software field, serving as CTO of an internet services company, Knowledge Networks. During his tenure as CTO, Dr. Walker was responsible for groups that designed and deployed numerous web-based applications and services.

He also has acquired expertise in the analysis of alleged source code copying. He has developed specialized analysis tools that help find the "needle" of copied code in the "haystack" of large source-code databases. He has identified existence of misappropriated code as well as helped to demonstrate the lack of evidence of misappropriation. During the course of his practice, Dr. Walker has analyzed such diverse code as EDA software, VoIP software, database schema, mail-list processing software, and stock-brokerage software. He is familiar with a wide variety of source-code repositories including CVS, RCS, Subversion, and Rational ClearCase.

## Litigation Projects

| | | |
|---|---|---|
| Date: | 2000-02 | **Thelen Reid (for Plaintiff)** |
| | Case: | Sequence Design vs various defendants |
| | Project: | Patent infringement relating to EDA software. Provided support for claim construction and infringement analyses. |
| | Status: | Settled |

| | | |
|---|---|---|
| Date: | 2001-03 | **Dechert, LLP (for Plaintiff)** |
| | Case: | Silvaco v CSI |
| | Project: | Misappropriation of trade secrets, including copied source code. Analysis of source code written in the C language. Created the 2019(d) statement that described Silvaco's trade secretes and provided numerous declarations that supported this description. Testified at deposition regarding source code copying, other trade secret misappropriation, and business practices. |
| | Status: | Settled on terms favorable to plaintiff |
| | Testimony: | Deposition |

| | | |
|---|---|---|
| Date: | 2001-02 | **FTI Teklicon (for IRS)** |
| | Case: | IRS vs taxpayer |
| | Project: | Analysis of valuation for tax purposes of EDA software and associated royalty streams. |
| | Status: | Completed |

| | | |
|---|---|---|
| Date: | 2001-02 | **Dechert LLP (for Plaintiff)** |
| | Case: | Synopsys vs Nassda (patent infringement) |
| | Project: | Retained as testifying expert. Project involved analysis of electronic circuit simulation software written in the C programming language. Declaration, expert report, and deposition in support of claim construction. Declaration in opposition to Summary Judgment motion for non-infringement which was denied by the Court. Infringement analysis and expert report. Opposition to invalidity claims. |
| | Status: | Settled on terms favorable to plaintiff |
| | Testimony: | Deposition |
| | Expert Report: | Claim construction issues |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

Date: 2001-04     **Dechert, LLP (for Plaintiff)**
Case: Synopsys vs Nassda (State Action)
Project: Identification of misappropriated trade secrets relating to circuit simulation. Analysis of source code creation rates. Analysis of electronic evidence tampering. Assist with discovery issues. Manage electronic discovery of more than 300Gbytes of documents. Analysis and declarations regarding disk wiping and other evidence tampering by defendants led to the defendants' decision to settle on terms widely seen as extraordinarily favorable to Plaintiff
Status: Settled on terms favorable to plaintiff

Date: 2001     **Law offices of Al Reynaldo (for cross-defendant Aprés)**
Case: Aprés vs Ho
Project: Misappropriation of EDA-related trade secrets
Status: Settled
Testimony: Testified at jury trial regarding software algorithms and development process

Date: 2003-04     **Dechert LLP (for Plaintiff)**
Case: Synopsys vs Nassda (patent infringement – '998)
Project: Claim construction analysis and declaration. There were 11 disputed terms. The Court adopted Dr. Walker's construction on all 11 terms, rejecting all of the defendants arguments.
Status: Settled pending FTC approval

Date: 2003-04     **Dechert LLP (for Respondent)**
Case: CSI vs Silvaco
Project: Arbitration resulting from alleged violation of the terms of the settlement agreement.
Status: Arbitration completed
Testimony: Three-judge arbitration panel regarding CSI's licensing, support and maintenance of certain Silvaco trade secrets

Date: 2003-04     **Dechert LLP (for Plaintiff)**
Case: HCL vs eKomas
Project: Analysis and identification of directly copied source code written in a web-host scripting language. The product at issue is a web-based application for loan management.
Status: Settled

**Curriculum Vitae of Martin G. Walker, PhD**         Page 3
Printed: 01/08/10

| | | |
|---|---|---|
| Date: | 2004 | **McDermott (for Defendant)** |
| | Case | Tera Systems vs InTime Software |
| | Project: | Patent infringement related to EDA software. Researched invalidity and supported claim construction. |
| | Status: | Settled |

| | | |
|---|---|---|
| Date: | 2004-05 | **Dechert LLP (for Plaintiff)** |
| | Case | Silvaco vs CSI – OSC re Contemp |
| | Project: | Analysis and declaration regarding the Defendants' continued use of Silvaco trade secrets. |
| | Status: | Completed |
| | Testimony: | Bench trail |

| | | |
|---|---|---|
| Date: | 2004-05 | **Dechert LLP (for Defendant)** |
| | Case | Siliconix vs AATI |
| | Project: | Patent infringement regarding method for manufacturing a semiconductor device. Support for claim construction and invalidity analysis. Researched prior art. |
| | Status: | Settled |

| | | |
|---|---|---|
| Date: | 2005 | **Kirkland & Ellis LLP (for Defendant)** |
| | Case | Berry vs Fleming, et al. |
| | Project: | Source code copyright and misappropriation of trade secrets of an SQL database schema as well as associated source code. Reviewed source code at issue. |
| | Expert Report | Relating to software development, non-infringement of copyright, and analysis of forensic data to refute claims of electonic evidence spoliation |
| | Status: | Summary judgment of non-infringement of copyright for more than 90% of potential damages. Jury verdict awarding minimal damages for balance of claims |

| | | |
|---|---|---|
| Date: | 2005 | **Dechert LLP and Wilson Sonsini (for Plaintiff and Cross Defendant Synopsys)** |
| | Case | Synopsys vs Magma ( |
| | Project: | This matter involved theft of IP relating to EDA software as well as patent infringement in two venues. Analyzed Magma software written mostly in C++ for infringement identified historical software supporting invalidity of Magma patents. Provided support for claim construction and invalidity analysis. |
| | Status: | Settled on terms favorable to Synopsys. |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | | |
|---|---|---|
| Date: | 2005 | **Browne & Woods LLP (for Defendant)** |
| | Case | Keywords vs ISE |
| | Project: | Investigated allegations of source code copying and copyright infringement of source code written in an interpreted language similar to perl. Declaration ISO of opposition to preliminary injunction. |
| | Status: | Settled |
| | Expert Report: | Regarding source code copying and inadequate description of alleged trade secrets |

| | | |
|---|---|---|
| Date: | 2005-06 | **Jones, Day (for Plaintiff)** |
| | Case | Experian v. I-Centrix |
| | Project: | Investigating allegations of source code copying and misappropriation of trade secrets. The code was originally written in fortran, but then translated into the C programming language. Performed analysis of electronic data that suggested evidence tampering on the part of defendants. |
| | Status: | Settled |
| | Testimony: | Deposition |
| | Expert Report: | Identification of literal copying of source code as well as copied algorithms. The expert report identified methods the defendants used in an attempt to disguise the misappropriated code and algorithms. |

| | | |
|---|---|---|
| Date: | 2005 | **Dechert LLP (for Plaintiff)** |
| | Case | Silvaco vs CSI End Users |
| | Project: | Analysis and declarations regarding the Defendants' continued use of Silvaco trade secrets. |
| | Status: | Stayed |
| | Testimony: | Deposition |

| | | |
|---|---|---|
| Date: | 2006 | **Gordon Rees (for Defendant)** |
| | Case | FIS v. CalAmp |
| | Project: | Investigation of alleged misappropriation of trade secrets. Performed investigation and created expert report regarding the alleged misappropriation. |
| | Status: | Settled |
| | Expert Report: | Relating to alleged misappropriation of software trade secrets. |

| | | |
|---|---|---|
| Date: | 2006 | **Gordon Reese (for Plaintiff)** |
| | Case | LiveOps v. Teleo |
| | Project: | Misappropriation of trade secrets, copyright infringement of VoIP software systems. Investigation to detect software copying. |
| | Status: | Settled |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | | |
|---|---|---|
| Date: | 2005 | **Dewey Ballantine (for Plaintiff)** |
| | Case | Matsushita v. MediaTek |
| | Project: | Patent infringement investigations (invalidity, claim construction, infringement) relating to various patents, including design techniques and DFM technology. Provided expert report regarding infringement and validity of the patents at issue. |
| | Status: | Settled |
| | Testimony: | Markman tutorial, for three patents at issue; deposition |
| | Expert Report: | Relating to infringement and validity of DFM patent related to processing of metallization structures. |

| | | |
|---|---|---|
| Date: | 2006 | **Court-Appointed Technology Neutral** |
| | Case | Apple Resellers et al v. Apple Computer |
| | Project: | Technology neutral appointed by Judge Jacobs May in Superior Court of Santa Clara to resolve the parties disputes regarding proper production of electronic documents |
| | Status: | Settled |
| | Testimony: | Two hearings before the Court relating to several discovery motions |
| | Expert Report: | Explained technology and issues relating to the electronic production by the various parties. |

| | | |
|---|---|---|
| Date: | 2006 | **Paul Hastings (for Defendants)** |
| | Case | iSmart International v I-Docsecure |
| | Project: | Plaintiffs allege that Defendants misrepresented certain technology in the context of an equity investment. Investigated to determine facts; provided declaration regarding business practices and lack of factual basis for claims. Source code at issue was written in a web-host scripting language. |
| | Status: | Settled |

| | | |
|---|---|---|
| Date: | 2006 | **Gordon & Rees (for Defendants)** |
| | Case | Microsoft vs BWT Industry Technology |
| | Project: | Provided expert opinion regarding alleged pirating of Microsoft products. |
| | Status: | Settled |

| | | |
|---|---|---|
| Date: | 2006 | **Greenan, Peffer (for Defendant & Cross-Complainant)** |
| | Case | Benedict v Mediatrac |
| | Project: | Expert testimony at a jury trial regarding standard level of care relating to IT practices. |
| | Status: | Jury award for Defendant |
| | Testimony: | Jury trial regarding software coding and management standards; deposition |

| | | |
|---|---|---|
| Date: | 2006 | **Jones Day (for Plaintiff)** |
| | Case | ST vs SanDisk |
| | Project: | Patent infringement regarding semiconductor design techniques and ESD circuits. Investigation in support of claim construction and non-infringement analysis. |
| | Status: | Settled |

| | | |
|---|---|---|
| Date: | 2007 | **McDermott Will & Emery (for Plaintiff)** |
| | Case | Matsushita v. MediaTek |
| | Project: | Patent infringement investigations (validity, claim construction, infringement) relating to various patents, including phase-lock loop design. |
| | Status: | Settled |

| | | |
|---|---|---|
| Date: | 2006 | **Dechert LLP (for Plaintiff)** |
| | Case | Silvaco vs BindKey, et al |
| | Project: | Analysis and declarations regarding misappropriation of Silvaco trade secrets, including forensic analysis of hard disk drives used by defendants. The source code was written in C++. |
| | Status: | Settled |

| | | |
|---|---|---|
| Date | 2007 | **Buchanan Ingersol (for Plaintiff)** |
| | Case | Shore Venture Group v Authentidate |
| | Project: | Analysis of source code relating to misappropriation of trade secrets and literal copying of source code. |
| | Status: | Completed |

| | | |
|---|---|---|
| Date | 2007 | **American Assoc of Arbitration** |
| | Case | Panpacifics v Tradebeam |
| | Project | Selected as an independent expert to assist the arbitration panel with technology issues |
| | Status: | Settled |

| | | |
|---|---|---|
| Date | 2007 | **Millberg Weiss (for Plaintiff)** |
| | Case | Shareholders v Magma |
| | Project | Documented facts relating to the technical aspects of false and misleading statements made by Magma. Provided technical consulting service to plaintiffs counsel to explain the scope and nature of the Defendants acts. |
| | Status | Setttled |
| | Expert Report: | Addressed industry-standard software coding practices and level of care relating to possible misappropriation of trade secrets by employees, misappropriation of trade secrets |

| | | |
|---|---|---|
| Date | 2007- | **Miller Barondess (for Plaintiff and Cross-defendant BHE)** |
| | Case | BHE Group v MTS Products |
| | Project | Analysis of expert testimony; investigation relating to performance of computers |
| | Status | Won jury award in excess of $45,000,000 for client, BHE |
| | Testimony | Testified at jury trial relating to adequacy of the design of laptop computers; deposition. |
| Date | 2007- | **Synopsys, Inc.** |
| | Projects: | IP-related consulting activities regarding patents and patent strategy |
| | Status: | Ongoing |
| Date | 2007-08 | **Dechert, LLP (for cross-complainant Acer, Inc)** |
| | Case | HP v Acer |
| | Project | Retained as testifying expert. Analyzed ICs regarding infringement of Acer's circuit design patents. Analyzed and documented infringement of several different ICs. Research included on-site inspections of IC designs using owner-supplied design tools to demonstrate infringement. |
| | Status | Settled |
| Date | 2008 | **Bergeson, LLP (for defendant Clarus)** |
| | Case | Variphy, Inc. et al, v Clarus Systems, Inc. |
| | Project | Investigate alleged misappropriation of trade secrets and source code copying of VoIP telephony and related applications. |
| | Status | Settled |
| Date | 2008 | **Wilson Sonsini (for plaintiff Sandisk Corporation)** |
| | Case | Sandisk v various Flash memory manufacturers |
| | Project | Retained as consulting expert responsible for analyzing flash memory controller products for possible infringement of SanDisk patents. Analyzed the detailed design of various products and prepared infringement analyses. Support depositions of technical personnel and experts. |
| | Status | Complete |
| Date | 2008 | **Wilson Sonsini (for defendant Go Daddy)** |
| | Case | Web.com v Go Daddy |
| | Project | Prepared and presented claim construction tutorial explaining the background technology for 4 web-hosting related patents |
| | Status | Settled |
| | Testimony: | Markman tutorial explaining technology for the web-hosting patents at issue. |

| | | |
|---|---|---|
| Date | 2007- | **Jones Day (for Plaintiff On Semi)** |
| | Case | On Semiconductor v Samsung |
| | Project | Retained as testifying expert. Performed research to determine infringement and validity of four patents. Three of the patents related to circuits; one related to metallization systems. Prepared expert reports regarding infringement and validity. Prepared declarations in support of various discovery motions. Prepared Markman tutorial for all patents at issue. Assisted attorneys in deposition of Samsung's expert and other technology witnesses. |
| | Status | Settled |
| | Testimony | Deposition |
| | Expert Reports: | Relating to validity and infringement of three circuit-related patents and one metallization process technology patent |
| | | |
| Date | 2008- | **Wilson Sonsini (for defendant Synopsys)** |
| | Case | Ricoh v Synopsys |
| | Project | Consulting expert. Prepared technology tutorial. Researched and assisted in preparation of a Motion for Summary Judgment for non-infringement and reply. |
| | Status: | Ongoing |
| | | |
| Date | 2009 | **King and Spalding (for Plaintiff Spansion)** |
| | Case | Spansion v Samsung (ITC and District Court actions) |
| | Project | Consulting expert. Provide analysis and discovery advice on evidence needed to demonstrate infringement of the patents at issue. |
| | Status | Ongoing |
| | | |
| Date | 2009 | **Ford Marrin Esposito Witmeyer & Gleser (for complainant Toshiba)** |
| | Case | Toshiba Medical v. Stubitsch |
| | | Testifying expert. Provided expert report and declarations relating to the sufficiency of Toshiba trade secrets descriptions and their misappropriation. Analyzed and responded to motions regarding the particularization of the trade secrets |
| | Status | Ongoing |
| | | |
| Date | 2009 | **Andrews Kurth (for defendant Bancorp South)** |
| | Case | Data Treasury v Wells Fargo, et al |
| | | Testifying expert. Provided expert report relating to non-infringement of patents by Bancorp South in this extensive litigation in Eastern District of Texas. Reviewed documents and plaintiff expert reports. Developed and documented several bases for non-infringement. |

## Employment History

From: 2001          **Brass Rat Group, Inc.**

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | | |
|---|---|---|
| To: | Current Position: | Woodside, CA<br>*CEO* |

Brass Rat Group is a successful Silicon Valley based consulting organization specializing in litigation consulting and business consulting in the semiconductor (IC) design field. Dr. Walker provided litigation support and expert analysis for plaintiff Synopsys in Synopsys vs Nassda, which was recently settled resulting in a "significant victory" for Synopsys.

| | | |
|---|---|---|
| From: | 2000 | **Knowledge Networks** |
| To: | 2001 | Menlo Park, CA |
| | Position: | *Chief Technology Officer* |

Knowledge Networks is a pre-IPO market research company that is leveraging internet technology to revolutionize the market research industry. KN recruited a panel of over 50,000 consumers to be interviewed on a variety of topics weekly. Dr. Walker managed KN's engineering group, which designed and created automated systems to create surveys, conduct interviews, process data, and manage the panel. He also managed the IT group which was responsible for high-availability web-based systems for fielding the interviews as well as the internal systems required to analyze the data and produce real-time reports.

| | | |
|---|---|---|
| From: | 1995 | **Sequence Design (Formerly Frequency Technology)** |
| To: | 2000 | |
| | Position: | *Founder, Founding CEO, Director & CTO* |

Sequence Design, formerly Frequency Technology, is the leader in the EDA segment called Design Closure. Sequence's products and services, consisting of pre- and post-layout optimization based on accurate layout extraction, enable designers to bring higher performance, lower-power integrated circuits quickly to tape out. Dr. Walker:
- Developed business plan and raised over $9MM in financing;
- Hired staff and led development, including defining technical product definition; Personally developed many of the basic algorithms, which resulted in five issued patents;
- Led initial marketing efforts;
- Wrote numerous technical articles advancing the company's technical position;
- Served as chief technical spokesman for the company.

| | | |
|---|---|---|
| From: | 1990 | **Symmetry Design Systems** |
| To: | 1995 | Los Altos, CA |
| | Position: | *Founder, Director & Executive Vice President* |

Symmetry, a self-funding enterprise, was a service and product business specializing in the analog simulation EDA market. Products included simulation-model libraries, modeling tools, and special-purpose analog

simulators. Dr Walker was responsible for a joint venture in Beijing China, where new products were developed. Symmetry was acquired by Analogy, Inc.
- Initiated Japanese and European marketing activities.
- Developed conceptual framework and user-interface model for the Sun OpenLook-based product.
- Served as technical spokesman in customer and industry forums.
- Conducted sales training in the US, Asia, and Europe.

| | |
|---|---|
| From: 1983 | **Analog Design Tools** |
| To: 1990 | Sunnyvale, CA |
| Position: | *Founder, Director, Founding CEO & Chief Scientist* |

ADT's first product, the Analog WorkBench, pioneered the market for Analog CAE workstations, including such fundamental concepts as multiple window CAE systems, and simulated test instruments as a paradigm for CAE user interface. ADT, which had grown to $16MM in annual sales and 150 employees, was acquired by Cadence.

- Formulated original business plan and presented concept to venture investors. Raised initial venture financing. Led fund-raising activities through the series C round.

- Served as President during formative stage. Director and Chief Scientist (CTO) from the founding through acquisition. Set the product direction. Drove the technology development.
- Formulated ADT's initial marketing strategy. The international distribution strategy focused primarily on Japan.
- Developed the Japanese market for ADT's products. Responsible for establishing and maintaining our distributor relationship, negotiating contracts, supporting customers, and building sales that amounted to 20% of the installed base.

| | |
|---|---|
| From: 1980 | **COMSAT** |
| To: 1983 | Palo Alto, CA |
| Position: | *Director, Microwave Systems* |

Managed a Navy sponsored program to develop high productivity techniques for manufacturing of microwave components. Developed a microwave circuit-synthesis product.

| | |
|---|---|
| From: 1973 | **Watkins-Johnson** |
| To: 1980 | Palo Alto, CA |
| Position: | *Member of the Technical Staff* |

Developed GaAsMESFET-based microwave amplifiers, components, and tuners. Designed and produced the world's first GaAsMESFET amplifiers to be delivered in production quantities.

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

## Consulting History (within last 5 years)

| | | |
|---|---|---|
| From: | 2005 | **Sequence Design** |
| To: | 2007 | Santa Clara |
| | Duties: | EDA software analysis |

| | | |
|---|---|---|
| From: | 2005 | **Sabio Labs** |
| To: | 2006 | Palo Alto, CA |
| | Duties: | Created business plan, operating plan, and marketing plan for EDA startup focused on analog circuit optimization and synthesis |

| | | |
|---|---|---|
| From: | 2005 | **Synopsys, Inc** |
| To: | On-going | Mountain View, CA |
| | Duties: | Technology investigations relating to IP issues. Presented technology overview to non-technical staff |

## Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 6,643,831 | 2003 | Method and system for extraction of parasitic interconnect impedance including inductance |
| 6,381,730 | 2002 | Method and system for extraction of parasitic interconnect impedance including inductance |
| 5,901,063 | 1999 | System and method for extracting parasitic impedance from an integrated circuit layout |

## Education

| Year | College/University | Degree |
|---|---|---|
| 1987 | AEA/Stanford Executive Institute | Completed w/distinction |
| 1979 | Stanford University, Stanford, CA | Ph.D., Electrical Engineering |
| 1976 | Stanford University, Stanford, CA | MS, Electrical Engineering |
| 1973 | Massachusetts Institute of Technology, Boston, MA | BS, Electrical Engineering |

## Publications

Over fifty articles in the fields circuit design and design automation, including technical papers in peer-reviewed journals, an invited article in the IEEE Spectrum, and various conference proceedings. I have organized seminars, which were designed to enhance the technical credibility of my companies, and written numerous opinion pieces published in journals such as EETimes that served to establish and promote our corporate position. Some more recent publications are listed below.

Martin G. Walker, Modeling the Wiring of Deep Submicron ICs, IEEE Spectrum Vol 37, No. 3, March 01, 2000 at pp. 65-71.

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

Martin G. Walker, Keh-Jeng (KJ) Chang, Christopher J. Bianchi, SIPP's Why Do We Need a New Standard for Interconnect Process Parameters? VLSI: Systems on a Chip, Kluwer Academic Publishers, December, 1999.

Martin Walker, Timing Errors Haunt Interconnects, Electronic Engineering Times No. 1021, August 17, 1998.

Martin Walker, Interconnect Analysis Must Move to 3-D, Electronic Engineering Times No. 980, November 10, 1997.

Martin G. Walker, The Guardband Crisis, Electronic Engineering Times No. 929 November 25, 1996 at p. 43.

In addition to the foregoing, I also submitted opinion pieces to Integrated Systems Design (May 1997), Electronic Business (April 1998), and EE Times (June, July, and September 1998).

## Professional Associations and Achievements

- 1999 Fortune Magazine "Cool Company" for Frequency Technology.
- 1984 Electronic Products New Product of the Year award for the Analog Workbench
- 1976 IEEE Microwave Applications award recognizing contributions to the design of GaAsFET amplifiers.