# EXHIBIT B

# RECENT TESTIMONY

During the last four years, I have provided deposition testimony in *Synopsys v. Nassda, et al.*, Santa Clara Superior Court, Case No. CV 787950, *Synopsys v. Nassda*, United States District Court, Northern District of California, Case No. C-01-2519-SI (ND Cal.), *Synopsys v. Nassda,* United States District Court, Northern District of California, Case No. C-03-02664-SI (ND Cal.) and *Experian v. I-Centric*, Northern District of Illinois, Case No. 04-C-4437, and written testimony in *Berry v. PCT, et al.,* United States District Court, District of Hawaii, Case No. CV03 00385 SOM-LEK. I have also testified as an expert in the following matters: *Aprés v. Ho*, Santa Clara Superior Court, Case No. CV 778635, *Silvaco Data Systems v. Antonau et al*, Case No. 1-00-CV-79016; *Circuit Semantics Inc. v. Silvaco Data Systems and Ivan Pesic*, AAA Case No. 74 Y 117 01071 03 LMT; *Silvaco Data Systems v. Circuit Semantics, Inc.*, Case No. 1-04-017359; *Matsushita v. MediaTek*, Northern District of California, 05-CV-3148 (MMC), *On Semiconductor v Samsung*1:07cv00449-JJF, and *Web.com v Go Daddy,* 2:07-cv-01552-MHM. I have also served as a technology neutral appointed by the Superior Court, County of Santa Clara in the matter of *Apple Distributors v. Apple.* I testified at trial as an expert for the defense in the matter of *Benedict v. MediaTrac* in the Superior Court, County of Contra Costa as well as in the matter of *BHE Group v MTS Products*. I have also provided an expert report in the matter of 2KDirect vs AZOOGLELEADS US, INC. et al, Central District of California Case No CV 08-03340 VBF (PLAx).