# EXHIBIT C

# Materials Reviewed

Dockets.Justia.com

Patent-In-Suit, Prior art, and Related Documents

- U.S. Patent 6,546,552
- U.S. Patent 6,546,552 - File History
- U.S. Patent 6,546,552 - Assignments
- Request for Ex Parte Reexamination of U.S. Patent 6,546,552
- U.S. Patent No. 5,481,713
- JP H04-242829
- JP H05-091550
- JP5091550A
- Translation of JP4242829
- Translation of JP5091550A
- JP3222481 Patent

Pleadings

- Complaint
- Plaintiffs' Motion for Preliminary Injunction
- Declaration of J. Tempesta in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Y. Salinger in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of S. Edwards in Support of Plaintiffs' Motion for Preliminary Injunction
- Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction
- Plaintiffs Motion for Hearing on Preliminary Injunction
- First Amended Complaint
- Re-Docketed First Amended Complaint
- Defendant Google, Inc.'s Opposition to Plaintiff's Motion for an Expedited Hearing on Their Motion for Preliminary Injunction; Google, Inc.'s Emergency Motion for Modification of Briefing Schedule; and Google, Inc.'s Emergency Motion for Status Conference re Plaintiff's Motion for Preliminary Injunction
- Red Bend Opposition to Google, Inc.'s Emergency Motion for Modification of the Preliminary Injunction Briefing Schedule
- Declaration of Jennifer C. Tempesta in Support of Plaintiff's Opposition to Google, Inc.'s Emergency Motion for Modification of the Preliminary Injunction Briefing Schedule
- Defendant Google, Inc.'s Reply in Support of Emergency Motion for Modification of Briefing Schedule
- Google, Inc. Corporate Disclosure Statement
- Defendant Google Inc.'s Motion to Dismiss Indirect Infringement Claims
- Defendant Google Inc.'s Memorandum in Support of its Motion to Dismiss Indirect Infringement Claims
- Notice Transcript Redaction Policy
- Defendant Google, Inc.'s Answer to Plaintiffs' First Amended Complaint and Counterclaim
- Red Bend LTD. and Red Bend Software, Inc.'s Reply to Google, Inc.'s Counterclaims
- Notice Appearance of David Magee
- Google's Emergency Motion to Compel Depositions or in the Alternative Strike Declarations of Yoram Salinger and Stephen Edwards and/or Preclude Reply Briefing
- Affidavit of David Magee in Support of Google's Emergency Motion to Compel Depositions or in the Alternative Strike Declarations of Yoram

Salinger and Stephen Edwards and/or Preclude Reply Briefing
- Plaintiffs' Opposition to Google's Emergency Motion to Compel Depositions or in the Alternative Strike Declarations of Yoram Salinger and Stephen Edwards and/or Preclude Reply Briefing
- Declaration of Jennifer C. Tempesta in Support of Plaintiffs' Opposition to Google's Emergency Motion to Compel Depositions or in the Alternative Strike Declarations of Yoram Salinger and Stephen Edwards and/or Preclude Reply Briefing
- Joint Motion for Ruling on Outstanding Issues and Entry of Protective Order
- Stipulated Protective Order

Courgette

Deposition Transcripts
- Deposition of Stephen Edwards
  - Exhibits from Deposition of Stephen Edwards
    - Google 1
    - Google 2
    - Google 3
    - Google 4
    - Google 5
    - Google 6
    - Google 7
    - Google 8
    - Google 9
    - Google 10
    - Google 11
    - Google 12
    - Red Bend 1

- Red Bend 2
- Red Bend 3


February 5, 2010 Stephen Edwards Document Production
- SE00001
- SE00165
- SE00167
- SE00177
- SE00206
- SE00207
- SE00210
- SE00211
- SE00215
- SE00217
- SE00219
- SE00221
- SE00222
- SE00329
- SE01681
- SE01930
- SE01964
- SE02290
- SE02310
- SE02354
- SE02490 (1st 10 pages)
- SE05882 (1st 10 pages)
- SE15751
- SE15806
- SE15829
- SE15858