EXHIBIT E

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER