Red Bend Software, Inc. et al v. Google																				Doc. 48 Att. 6

# EXHIBIT F

# Source Code Exemplar

Dockets.Justia.com

```
// Hello1.cpp                                              // Hello2.cpp

#include "stdafx.h"                                        #include "stdafx.h"
#define NUM 5                                              #define NUM 5
static int notLong;                                        static int tooShort = 4;
                                                           static int notLong = 6;
static int imaglobal;                                      static int imaglobal;
int meToo = 2;                                             int meToo = 2;
int meMid = 4;
int meThree = 3;                                           int meThree = 3;
                                                           int meMid = 4;

enum OP { ORIGIN, MAKERELOCS, DEFBYTE, REL32, ABS32, LAST_OP };    enum OP { ORIGIN, MAKERELOCS, DEFBYTE, REL32, ABS32, LAST_OP };

OP opArray[] = {ORIGIN, MAKERELOCS, DEFBYTE, REL32, ABS32, LAST_OP};    OP opArray[] = {ORIGIN, MAKERELOCS, DEFBYTE, REL32, ABS32, LAST_OP};

void cleanup () {                                          void cleanup () {
    for ( int i = notLong; i > 0; i-- ) {                      for ( int i = notLong; i > 0; i-- ) {
        printf("The End\n");                                       printf("The End %d\n",i);
    }                                                          }
    return;                                                    return;
}                                                          }

OP getOP (int start ) {                                    OP getOP (int start ) {
    int remain = start % notLong;                              int remain = start % notLong;
    return opArray[remain];                                    return opArray[remain];
}                                                          }

int _tmain(int argc, _TCHAR* argv[])                       int _tmain(int argc, _TCHAR* argv[])
{                                                          {
    int notMe = NUM;
    bool notDone = true;
    imaglobal = 6;                                             imaglobal = 6;
    notLong = 6;                                               bool notDone = true;
                                                               int origVal = imaglobal;
    while ( notDone ) {                                        while ( notDone ) {
        OP result = getOP(imaglobal);                              OP op = getOP(imaglobal);
        switch (result) {                                          int norMe = NUM;
                                                                   switch (op) {
            case ORIGIN:                                               case ORIGIN:
                printf("ORIGIN\n");                                         printf("ORIGIN\n");
                imaglobal += 2;                                            imaglobal += 2;
                break;                                                     break;
            case MAKERELOCS:                                           case MAKERELOCS:
                printf("RELOC\n");                                         printf("RELOC\n");
                imaglobal += notMe;                                        imaglobal += meToo;
                if ( meToo == 2 ) {                                        if ( meToo == 2 ) {
                    meToo = 0;                                                 meToo = 0;
                                                                           } else {
                    notDone = false;                                           notDone = false;
                                                                           }
                }
                imaglobal += meToo;                                        break;
                break;                                                 case DEFBYTE:
            case DEFBYTE:                                                  while ( norMe > 0 ) {
                imaglobal += notMe;                                            printf("DEFBYTE\n");
                while ( notMe > 0 ) {                                          imaglobal++;
                    printf("DEFBYTE\n");                                       norMe--;
                    notMe--;                                               }
                }                                                          break;
                break;                                                 case REL32:
            case REL32:                                                    printf("REL32\n");
                printf("REL32\n");                                         imaglobal = meMid;
                imaglobal++;                                               break;
                break;                                                 case ABS32:
            case ABS32:                                                    printf("ABS32\n");
                printf("ABS32\n");                                         imaglobal++;
                imaglobal++;                                               break;
                break;
```

```
        case LAST_OP:
            printf("LAST\n");
            imaglobal++;
            if ( imaglobal < 20 ) continue;
            imaglobal = origVal;
            notDone = false;
            break;
        }
    }
    cleanup();
    return 0;
}
```