# EXHIBIT G

# Executable Code Exemplar

```
A198714100                              mov     eax,[L00417198]
50                                      push    eax
E885FBFFFF                              call    SUB_L00411019
83C404                                  add     esp,00000004h
8945E0                                  mov     [ebp-20h],eax
8B45E0                                  mov     eax,[ebp-20h]
898518FFFFFF                            mov     [ebp-000000E8h],eax
83BD18FFFFFF05                          cmp     dword ptr [ebp-000000E8h],00000005h
0F872F010000                            ja      L004115DF
8B8D18FFFFFF                            mov     ecx,[ebp-000000E8h]
FF248D00164100                          jmp     [CASE_PROCTABLE_00411600+ecx*4]
                        CASE_00411600_PROC0000:
8BF4                                    mov     esi,esp
683C574100                              push    SSZ0041573C_ORIGIN_
FF15BC824100                            call    [MSVCR90D.dll!printf]
83C404                                  add     esp,00000004h
3BF4                                    cmp     esi,esp
E876FCFFFF                              call    SUB_L0041114A
```