# EXHIBIT H

# Instruction Table for Exemplar

```
...
DEF A1
ABS32 0x00D24890
DEF 89
DEF 45
DEF F8
DEF EB
DEF 09
DEF 8B
DEF 45
DEF F8
DEF 83
DEF E8
DEF 01
DEF 89
DEF 45
DEF F8
DEF 83
DEF 7D
DEF F8
DEF 00
DEF 7E
DEF 19
DEF 8B
DEF F4
DEF 68
ABS32 0x00D22808
DEF FF
DEF 15
ABS32 0x00D24EC0
DEF 83
DEF C4
DEF 04
DEF 3B
DEF F4
DEF E8
REL32 0x00D24F78
DEF EB
DEF D8
...
```