Red Bend Software, Inc. et al v. Google

Doc. 48 Att. 9

# EXHIBIT I

# ABS32 Data table for Exemplar

Dockets.Justia.com

```
0x00D22968 (0x0,    0)
0x00B17B38 (0x11023, 1)
0x00D3A350 (0x1102d, 2)
0x00D3ADD0 (0x11082, 3)
0x00B1C720 (0x110be, 4)
0x00B1C668 (0x110cd, 5)
0x00CE9318 (0x1111d, 6)
0x00D39E90 (0x11122, 7)
0x00B1CF98 (0x111a4, 8)
0x00CF8288 (0x114bd, 9)
0x00CF8340 (0x114e6, 10)
0x00CF83F8 (0x11529, 11)
0x00CF84B0 (0x11560, 12)
0x00CF8568 (0x11583, 13)
0x00CF8620 (0x115a9, 14)
0x00D24D50 (0x11600, 15)
0x00D39DD8 (0x118a0, 16)
0x00D39D20 (0x11970, 17)
0x00B1C7D8 (0x11bdd, 18)
0x00D6CB30 (0x11bf8, 19)
0x00D6CBE8 (0x11f44, 20)
0x00D6CCA0 (0x11f4a, 21)
0x00D6CD58 (0x12306, 22)
0x00D6CE10 (0x1230c, 23)
0x00D6CEC8 (0x12a85, 24)
0x00D6CF80 (0x12e49, 25)
0x00D6CFF0 (0x12e63, 26)
0x00D14838 (0x15000, 27)
0x00D14780 (0x15208, 28)
0x00D14468 (0x1530c, 29)
0x00D143B0 (0x15618, 30)
0x00D24E08 (0x1573c, 31)
0x00B18EB8 (0x15744, 32)
0x00B18D20 (0x1574c, 33)
0x00B18B08 (0x15754, 34)
0x00B189E0 (0x1575c, 35)
0x00B18678 (0x15768, 36)
0x00D14AD0 (0x15778, 37)
0x00D22808 (0x157d8, 38)
0x00D14A18 (0x157f0, 39)
0x00B1C170 (0x15850, 40)
0x00B1C0B8 (0x15878, 41)
0x00B1C000 (0x158ac, 42)
0x00B1BF48 (0x158c8, 43)
0x00D39F48 (0x158fc, 44)
0x00D22AD8 (0x1591c, 45)
0x00CD5988 (0x15934, 46)
0x00B1C508 (0x15958, 47)
0x00B1C450 (0x1598c, 48)
0x00B1C398 (0x159cc, 49)
0x00B1C2E0 (0x159f0, 50)
0x00B1C228 (0x15b48, 51)
0x00CD5818 (0x15c54, 52)
0x00CD5DC8 (0x15c6c, 53)
0x00CCF3F0 (0x15c84, 54)
0x00CCF4A8 (0x15ca0, 55)
0x00CE8F90 (0x15cb4, 56)
0x00CE9048 (0x15cc4, 57)
0x00CCEE08 (0x15d10, 58)
0x00CCED50 (0x15d38, 59)
0x00CCEC98 (0x15d50, 60)
0x00CCEA70 (0x15d68, 61)
0x00CD5CD8 (0x15db8, 62)
0x00CCF560 (0x15e3c, 63)
0x00CE8B18 (0x15e70, 64)
0x00CE8900 (0x15ec8, 65)
0x00CE8848 (0x15ed4, 66)
0x00CE8790 (0x15ed8, 67)
0x00CE8620 (0x15edc, 68)
0x00CE8568 (0x15ef8, 69)
0x00CE84B0 (0x15f50, 70)
0x00CE83F8 (0x15f60, 71)
0x00CE8340 (0x15f6c, 72)
0x00CE8288 (0x15fa0, 73)
0x00CCF958 (0x15fac, 74)
0x00CDDFC8 (0x15fb8, 75)
0x00CE8C40 (0x15fc8, 76)
0x00CE9100 (0x15fd0, 77)
0x00CE9630 (0x16028, 78)
0x00CE9578 (0x160a0, 79)
0x00CE94C0 (0x160d8, 80)
0x00CD0118 (0x16154, 81)
0x00B182C8 (0x16164, 82)
0x00B18120 (0x16168, 83)
0x00B19B58 (0x1617c, 84)
0x00B199E8 (0x16198, 85)
0x00B198F8 (0x161d0, 86)
0x00B19788 (0x161e0, 87)
0x00B19698 (0x161f4, 88)
0x00B19570 (0x16204, 89)
0x00B1B5D8 (0x16214, 90)
0x00B16018 (0x164f0, 91)
0x00B160D0 (0x166f4, 92)
0x00B161C0 (0x167fc, 93)
0x00B16278 (0x16a00, 94)
0x00D3AD18 (0x16b08, 95)
0x00CD5600 (0x16b28, 96)
0x00CCF030 (0x16b48, 97)
0x00B163D8 (0x16b68, 98)
0x00B17608 (0x16b88, 99)
0x00B187A0 (0x17000, 100)
0x00B18C30 (0x17004, 101)
0x00D24948 (0x1700c, 102)
0x00D22B90 (0x17030, 103)
0x00CCF1C8 (0x17038, 104)
0x00CE8D68 (0x1703c, 105)
0x00CCF6F8 (0x17040, 106)
0x00D3A1E0 (0x17048, 107)
0x00B1CEE0 (0x1704c, 108)
0x00D3AE88 (0x1705c, 109)
0x00B16EF8 (0x17060, 110)
0x00B19390 (0x17064, 111)
0x00CF86D8 (0x17174, 112)
0x00D3A890 (0x17178, 113)
0x00D3A720 (0x1717c, 114)
0x00D3A7D8 (0x17180, 115)
0x00CF8CF8 (0x17184, 116)
0x00D3AA00 (0x17188, 117)
0x00D3A578 (0x1718c, 118)
0x00D22240 (0x17190, 119)
0x00D14690 (0x17194, 120)
0x00D24A00 (0x17198, 121)
0x00D24890 (0x1719c, 122)
0x00D22C60 (0x171a0, 123)
0x00D22D70 (0x171a4, 124)
0x00CE8160 (0x171ac, 125)
0x00B1CB48 (0x171b4, 126)
0x00B1C9D8 (0x171b8, 127)
0x00D3A668 (0x171bc, 128)
0x00D3A4C0 (0x171c0, 129)
0x00B17F08 (0x171c4, 130)
0x00B17E50 (0x171c8, 131)
0x00B192A0 (0x171cc, 132)
0x00B1B218 (0x171d0, 133)
0x00B1B2D0 (0x171d4, 134)
0x00B1B160 (0x171dc, 135)
0x00B1B430 (0x17220, 136)
0x00B1B070 (0x17228, 137)
0x00B1ACD8 (0x172b4, 138)
0x00B1AC20 (0x172b8, 139)
0x00B1AB68 (0x172bc, 140)
0x00B1AAB0 (0x172c0, 141)
0x00B1A888 (0x172c4, 142)
0x00B1A7D0 (0x172c8, 143)
0x00B1A718 (0x172cc, 144)
0x00B1A660 (0x172d0, 145)
```

```
0x00B1A5A8  (0x172d4,  146)
0x00B1A4F0  (0x172d8,  147)
0x00B1AE48  (0x172dc,  148)
0x00B1AF00  (0x172e0,  149)
0x00B1A9F8  (0x172e4,  150)
0x00B1AD90  (0x172e8,  151)
0x00B1AFB8  (0x172ec,  152)
0x00B1A940  (0x172f0,  153)
0x00D14250  (0x17594,  154)
0x00D14028  (0x175a4,  155)
0x00CF8F20  (0x175a8,  156)
0x00B1C868  (0x175b8,  157)
0x00B1CCB8  (0x175bc,  158)
0x00D14D30  (0x175c8,  159)
0x00B1B7B8  (0x181a0,  160)
0x00B1B870  (0x181a4,  161)
0x00B19CF0  (0x181a8,  162)
0x00B17CE0  (0x181ac,  163)
0x00B17D98  (0x181b0,  164)
0x00CF5F90  (0x181b4,  165)
0x00B19088  (0x181b8,  166)
0x00B191B0  (0x181bc,  167)
0x00B17068  (0x181c0,  168)
0x00B17120  (0x181c4,  169)
0x00B171D8  (0x181c8,  170)
0x00B17290  (0x181cc,  171)
0x00B17348  (0x181d0,  172)
0x00CE93D0  (0x181d4,  173)
0x00CCF7E8  (0x181d8,  174)
0x00CE80A8  (0x181dc,  175)
0x00CE89B8  (0x181e0,  176)
0x00CD5C20  (0x181e4,  177)
0x00CCEBE0  (0x181e8,  178)
0x00CCEEC0  (0x181ec,  179)
0x00CD5728  (0x181f0,  180)
0x00CD5490  (0x181f4,  181)
0x00D140E0  (0x181f8,  182)
0x00D14198  (0x181fc,  183)
0x00D14C78  (0x18200,  184)
0x00B1B690  (0x18204,  185)
0x00B165F0  (0x18248,  186)
0x00B1A348  (0x1824c,  187)
0x00B1A438  (0x18250,  188)
0x00B1B928  (0x18254,  189)
0x00B1A290  (0x18258,  190)
0x00B1A1D8  (0x1825c,  191)
0x00B1A120  (0x18260,  192)
0x00B1A068  (0x18264,  193)
0x00B19FB0  (0x18268,  194)
0x00B17A80  (0x1826c,  195)
0x00B179C8  (0x18270,  196)
0x00D14B88  (0x18274,  197)
0x00D14F10  (0x18278,  198)
0x00D14FC8  (0x1827c,  199)
0x00D22368  (0x18280,  200)
0x00D22458  (0x18284,  201)
0x00B174A8  (0x18288,  202)
0x00D22670  (0x1828c,  203)
0x00D3A948  (0x18290,  204)
0x00B16D60  (0x18294,  205)
0x00CF8DB0  (0x18298,  206)
0x00CF8E68  (0x1829c,  207)
0x00B1C920  (0x182a0,  208)
0x00B1CA90  (0x182a4,  209)
0x00B1CC00  (0x182a8,  210)
0x00D3A070  (0x182ac,  211)
0x00D3A298  (0x182b0,  212)
0x00D22F40  (0x182b4,  213)
0x00B16538  (0x182b8,  214)
0x00D24EC0  (0x182bc,  215)
```