# EXHIBIT J

# Adjusted ABS32 and REL32 Tables for Exemplay

```
------------------------------
Abs32 Labels
------------------------------
ABS32  0x00CD8968  (0x0,     0)
ABS32  0x00CEAED8  (0x11023, 1)
ABS32  0x00CD3F10  (0x1102d, 2)
ABS32  0x00CD4990  (0x11082, 3)
ABS32  0x00D87C80  (0x110be, 4)
ABS32  0x00D87BC8  (0x110cd, 5)
ABS32  0x00CDBF20  (0x1111d, 6)
ABS32  0x00D4CEC0  (0x11122, 7)
ABS32  0x00CD3B78  (0x111a4, 8)
ABS32  0x00D4CE08  (0x118a0, 16)
ABS32  0x00D4CD50  (0x11970, 17)
ABS32  0x00D87D38  (0x11bdd, 18)
ABS32  0x00D87DF0  (0x11bf8, 19)
ABS32  0x00D87EA8  (0x11f44, 20)
ABS32  0x00D87F60  (0x11f4a, 21)
ABS32  0x00CE30F0  (0x12306, 22)
ABS32  0x00CE31A8  (0x1230c, 23)
ABS32  0x00CE3260  (0x12a85, 24)
ABS32  0x00CE3318  (0x12e49, 25)
ABS32  0x00CE33D0  (0x12e63, 26)
ABS32  0x00CE2670  (0x137fb, 9)
ABS32  0x00CE2728  (0x13824, 10)
ABS32  0x00CE27E0  (0x13869, 11)
ABS32  0x00CE2898  (0x138a3, 12)
ABS32  0x00CE2950  (0x138c6, 13)
ABS32  0x00CE2A08  (0x138ec, 14)
ABS32  0x00CE1788  (0x1394c, 15)
ABS32  0x00CD7760  (0x15000, 27)
ABS32  0x00CD76A8  (0x15208, 28)
ABS32  0x00CD4FF8  (0x1530c, 29)
ABS32  0x00CD4F40  (0x15618, 30)
ABS32  0x00CE1840  (0x1573c, 31)
ABS32  0x00CE2288  (0x15744, 32)
ABS32  0x00CE20F0  (0x1574c, 33)
ABS32  0x00CE1ED8  (0x15754, 34)
ABS32  0x00CE1D08  (0x1575c, 35)
ABS32  0x00CE1A10  (0x15768, 36)
ABS32  0x00CD79F8  (0x15778, 37)
ABS32  0x00CD8788  (0x157d8, 38)
ABS32  0x00CD7940  (0x157f0, 39)
ABS32  0x00CE2CB0  (0x15850, 40)
ABS32  0x00CE2BF8  (0x15878, 41)
ABS32  0x00CE2B40  (0x158ac, 42)
ABS32  0x00D4CFE8  (0x158c8, 43)
ABS32  0x00D4CF78  (0x158fc, 44)
ABS32  0x00CD8AD8  (0x1591c, 45)
ABS32  0x00CD94F0  (0x15934, 46)
ABS32  0x00CE3048  (0x15958, 47)
ABS32  0x00CE2F90  (0x1598c, 48)
ABS32  0x00CE2ED8  (0x159cc, 49)
ABS32  0x00CE2E20  (0x159f0, 50)
ABS32  0x00CE2D68  (0x15b48, 51)
ABS32  0x00CD9380  (0x15c54, 52)
ABS32  0x00CD9930  (0x15c6c, 53)
ABS32  0x00CDA6B8  (0x15c84, 54)
ABS32  0x00CDA770  (0x15ca0, 55)
ABS32  0x00CDBB98  (0x15cb4, 56)
ABS32  0x00CDBC50  (0x15cc4, 57)
ABS32  0x00CDA0D0  (0x15d10, 58)
ABS32  0x00CDA018  (0x15d38, 59)
ABS32  0x00CD9F60  (0x15d50, 60)
ABS32  0x00CD9D38  (0x15d68, 61)
ABS32  0x00CD9840  (0x15db8, 62)
ABS32  0x00CE5EE8  (0x15e3c, 63)
ABS32  0x00CDB720  (0x15e70, 64)
ABS32  0x00CDB508  (0x15ec8, 65)
ABS32  0x00CDB450  (0x15ed4, 66)
ABS32  0x00CDB398  (0x15ed8, 67)
ABS32  0x00CDB228  (0x15edc, 68)
ABS32  0x00CDB170  (0x15ef8, 69)
ABS32  0x00CDB0B8  (0x15f50, 70)
ABS32  0x00CDB000  (0x15f60, 71)
ABS32  0x00CDAF48  (0x15f6c, 72)
ABS32  0x00CDAE90  (0x15fa0, 73)
ABS32  0x00CDABF8  (0x15fac, 74)
ABS32  0x00CDA9D0  (0x15fb8, 75)
ABS32  0x00CDB848  (0x15fc8, 76)
ABS32  0x00CDBD08  (0x15fd0, 77)
ABS32  0x00CDC238  (0x16028, 78)
ABS32  0x00CDC180  (0x160a0, 79)
ABS32  0x00CDC0C8  (0x160d8, 80)
ABS32  0x00CE34C0  (0x16154, 81)
ABS32  0x00D33ED0  (0x16164, 82)
ABS32  0x00CEB4C0  (0x16168, 83)
ABS32  0x00CDEF10  (0x1617c, 84)
ABS32  0x00CDEDA0  (0x16198, 85)
ABS32  0x00CDECB0  (0x161d0, 86)
ABS32  0x00CDEB40  (0x161e0, 87)
ABS32  0x00CDEA50  (0x161f4, 88)
ABS32  0x00CDE928  (0x16204, 89)
ABS32  0x00CE0990  (0x16214, 90)
ABS32  0x00CDC550  (0x164f0, 91)
ABS32  0x00CDC608  (0x166f4, 92)
ABS32  0x00CDC6F8  (0x167fc, 93)
ABS32  0x00CDC7B0  (0x16a00, 94)
ABS32  0x00CD48D8  (0x16b08, 95)
ABS32  0x00CD9168  (0x16b28, 96)
ABS32  0x00CDA2F8  (0x16b48, 97)
ABS32  0x00CDC910  (0x16b68, 98)
ABS32  0x00CEA9A8  (0x16b88, 99)
ABS32  0x00CD86D0  (0x17004, 122)
ABS32  0x00CE1B70  (0x17008, 100)
ABS32  0x00CE2000  (0x17010, 101)
ABS32  0x00CE1380  (0x17014, 102)
ABS32  0x00CD8B90  (0x17030, 103)
ABS32  0x00CDA490  (0x17038, 104)
ABS32  0x00CDB970  (0x1703c, 105)
ABS32  0x00CDA860  (0x17040, 106)
ABS32  0x00CD3DA0  (0x17048, 107)
ABS32  0x00CD3AC0  (0x1704c, 108)
ABS32  0x00CD4A48  (0x1705c, 109)
ABS32  0x00CEA298  (0x17060, 110)
ABS32  0x00CDE748  (0x17064, 111)
ABS32  0x00CD3770  (0x17174, 112)
ABS32  0x00CD4450  (0x17178, 113)
ABS32  0x00CD42E0  (0x1717c, 114)
ABS32  0x00CD4398  (0x17180, 115)
ABS32  0x00CDD658  (0x17184, 116)
ABS32  0x00CD45C0  (0x17188, 117)
ABS32  0x00CD4138  (0x1718c, 118)
ABS32  0x00CD8140  (0x17190, 119)
ABS32  0x00CD75B8  (0x17194, 120)
ABS32  0x00CE1438  (0x17198, 121)
ABS32  0x00CD8C80  (0x171a0, 123)
ABS32  0x00CD8D70  (0x171a4, 124)
ABS32  0x00CDAD68  (0x171ac, 125)
ABS32  0x00CDDC50  (0x171b4, 126)
ABS32  0x00CDDAE0  (0x171b8, 127)
ABS32  0x00CD4228  (0x171bc, 128)
ABS32  0x00CD4080  (0x171c0, 129)
ABS32  0x00CEB2A8  (0x171c4, 130)
ABS32  0x00CEB1F0  (0x171c8, 131)
ABS32  0x00CDE658  (0x171cc, 132)
ABS32  0x00CE05D0  (0x171d0, 133)
ABS32  0x00CE0688  (0x171d4, 134)
ABS32  0x00CE0518  (0x171dc, 135)
ABS32  0x00CE07E8  (0x17220, 136)
ABS32  0x00CE0428  (0x17228, 137)
ABS32  0x00CE0090  (0x172b4, 138)
ABS32  0x00CDFFD8  (0x172b8, 139)
ABS32  0x00CDFF20  (0x172bc, 140)
ABS32  0x00CDFE68  (0x172c0, 141)
ABS32  0x00CDFC40  (0x172c4, 142)
```

```
ABS32  0x00CDFB88  (0x172c8, 143)
ABS32  0x00CDFAD0  (0x172cc, 144)
ABS32  0x00CDFA18  (0x172d0, 145)
ABS32  0x00CDF960  (0x172d4, 146)
ABS32  0x00CDF8A8  (0x172d8, 147)
ABS32  0x00CE0200  (0x172dc, 148)
ABS32  0x00CE02B8  (0x172e0, 149)
ABS32  0x00CDFDB0  (0x172e4, 150)
ABS32  0x00CE0148  (0x172e8, 151)
ABS32  0x00CE0370  (0x172ec, 152)
ABS32  0x00CDFCF8  (0x172f0, 153)
ABS32  0x00CD4DE0  (0x17594, 154)
ABS32  0x00CD4BB8  (0x175a4, 155)
ABS32  0x00CDD880  (0x175a8, 156)
ABS32  0x00CDD970  (0x175b8, 157)
ABS32  0x00CDDDC0  (0x175bc, 158)
ABS32  0x00CD7C58  (0x175c8, 159)
ABS32  0x00CE0B70  (0x181a0, 160)
ABS32  0x00CE0C28  (0x181a4, 161)
ABS32  0x00CDF0A8  (0x181a8, 162)
ABS32  0x00CEB080  (0x181ac, 163)
ABS32  0x00CEB138  (0x181b0, 164)
ABS32  0x00CDE388  (0x181b4, 165)
ABS32  0x00CDE440  (0x181b8, 166)
ABS32  0x00CDE568  (0x181bc, 167)
ABS32  0x00CEA408  (0x181c0, 168)
ABS32  0x00CEA4C0  (0x181c4, 169)
ABS32  0x00CEA578  (0x181c8, 170)
ABS32  0x00CEA630  (0x181cc, 171)
ABS32  0x00CEA6E8  (0x181d0, 172)
ABS32  0x00CDBFD8  (0x181d4, 173)
ABS32  0x00CDAA88  (0x181d8, 174)
ABS32  0x00CDACB0  (0x181dc, 175)
ABS32  0x00CDB5C0  (0x181e0, 176)
ABS32  0x00CD9788  (0x181e4, 177)
ABS32  0x00CD9EA8  (0x181e8, 178)
ABS32  0x00CDA188  (0x181ec, 179)
ABS32  0x00CD9290  (0x181f0, 180)
ABS32  0x00CD8FF8  (0x181f4, 181)
ABS32  0x00CD4C70  (0x181f8, 182)
ABS32  0x00CD4D28  (0x181fc, 183)
ABS32  0x00CD7BA0  (0x18200, 184)
ABS32  0x00CE0A48  (0x18204, 185)
ABS32  0x00CDCB28  (0x18248, 186)
ABS32  0x00CDF700  (0x1824c, 187)
ABS32  0x00CDF7F0  (0x18250, 188)
ABS32  0x00CE0CE0  (0x18254, 189)
ABS32  0x00CDF648  (0x18258, 190)
ABS32  0x00CDF590  (0x1825c, 191)
ABS32  0x00CDF4D8  (0x18260, 192)
ABS32  0x00CDF420  (0x18264, 193)
ABS32  0x00CDF368  (0x18268, 194)
ABS32  0x00CEAE20  (0x1826c, 195)
ABS32  0x00CEAD68  (0x18270, 196)
ABS32  0x00CD7AB0  (0x18274, 197)
ABS32  0x00CD7E38  (0x18278, 198)
ABS32  0x00CD7EF0  (0x1827c, 199)
ABS32  0x00CD8268  (0x18280, 200)
ABS32  0x00CD8358  (0x18284, 201)
ABS32  0x00CEA848  (0x18288, 202)
ABS32  0x00CD8570  (0x1828c, 203)
ABS32  0x00CD4508  (0x18290, 204)
ABS32  0x00CEA100  (0x18294, 205)
ABS32  0x00CDD710  (0x18298, 206)
ABS32  0x00CDD7C8  (0x1829c, 207)
ABS32  0x00CDDA28  (0x182a0, 208)
ABS32  0x00CDDB98  (0x182a4, 209)
ABS32  0x00CDDD08  (0x182a8, 210)
ABS32  0x00CD3C30  (0x182ac, 211)
ABS32  0x00CD3E58  (0x182b0, 212)
ABS32  0x00CD8F40  (0x182b4, 213)
ABS32  0x00CDCA70  (0x182b8, 214)
ABS32  0x00CDD250  (0x182bc, 215)
```

```
-------------------------------
Rel32 Labels
-------------------------------
REL32  0x00CD3CE8  (0x11005, 0)
REL32  0x00CD8088  (0x1100f, 1)
REL32  0x00CE1618  (0x11019, 2)
REL32  0x00CDA240  (0x11023, 3)
REL32  0x00CD9618  (0x1103c, 4)
REL32  0x00CD4768  (0x11055, 5)
REL32  0x00CD3FC8  (0x1106e, 6)
REL32  0x00CDCC98  (0x11087, 7)
REL32  0x00CDF2B0  (0x11096, 8)
REL32  0x00CDBE68  (0x1109b, 9)
REL32  0x00CD7818  (0x110aa, 10)
REL32  0x00CEAC78  (0x110c3, 11)
REL32  0x00CDD3C0  (0x110d2, 12)
REL32  0x00CE08A0  (0x110e1, 13)
REL32  0x00CEAB08  (0x110e6, 14)
REL32  0x00CD3918  (0x110fa, 15)
REL32  0x00CDD170  (0x110ff, 16)
REL32  0x00CD4B00  (0x11104, 17)
REL32  0x00CDC3A8  (0x11113, 18)
REL32  0x00CD3A08  (0x1112c, 19)
REL32  0x00CDD0B8  (0x11136, 20)
REL32  0x00CD8878  (0x1114a, 21)
REL32  0x00CDDE78  (0x1114f, 22)
REL32  0x00CDC2F0  (0x11154, 23)
REL32  0x00CDC460  (0x11163, 24)
REL32  0x00CD9C80  (0x11168, 25)
REL32  0x00CD3860  (0x1116d, 26)
REL32  0x00CD7D48  (0x11177, 27)
REL32  0x00CD46B0  (0x11181, 28)
REL32  0x00CD8410  (0x11186, 29)
REL32  0x00CEAFC8  (0x1119f, 30)
REL32  0x00CDD308  (0x111ae, 31)
REL32  0x00CDD4B0  (0x111b3, 32)
REL32  0x00CDCE68  (0x111c2, 33)
REL32  0x00CD7448  (0x111cc, 34)
REL32  0x00CD96D0  (0x111d1, 35)
REL32  0x00CE2580  (0x111d6, 36)
REL32  0x00B1FDA8  (0x11640, 37)
REL32  0x00B1FB80  (0x11680, 38)
REL32  0x00CD6A80  (0x11698, 44)
REL32  0x00B1EFB0  (0x116a0, 45)
REL32  0x00B1F508  (0x116d0, 46)
REL32  0x00D397D8  (0x11750, 47)
REL32  0x00B1EE40  (0x11790, 48)
REL32  0x00B1F228  (0x119e0, 49)
REL32  0x00CD4820  (0x11a00, 50)
REL32  0x00CD7500  (0x11c34, 51)
REL32  0x00CD7320  (0x11c50, 52)
REL32  0x00B1E5A0  (0x11ce0, 53)
REL32  0x00CDD5A0  (0x11cf0, 54)
REL32  0x00CD8A20  (0x11d9b, 55)
REL32  0x00D39948  (0x11dd0, 56)
REL32  0x00D392D0  (0x11de0, 57)
REL32  0x00CD5430  (0x11e00, 58)
REL32  0x00B1E710  (0x11e30, 59)
REL32  0x00B1E430  (0x11e60, 60)
REL32  0x00CD7268  (0x11e90, 61)
REL32  0x00D39890  (0x11ea0, 62)
REL32  0x00CD6408  (0x11ea6, 63)
REL32  0x00CD6ED0  (0x11eb0, 64)
REL32  0x00CD90B0  (0x11ee0, 65)
REL32  0x00CD6D60  (0x11f90, 66)
REL32  0x00CD9438  (0x12000, 67)
REL32  0x00CD9DF0  (0x121e8, 68)
REL32  0x00CD9B58  (0x121f0, 69)
REL32  0x00CD9AA0  (0x121f6, 70)
REL32  0x00CD99E8  (0x12290, 71)
REL32  0x00B1FE60  (0x12360, 72)
REL32  0x00CDA600  (0x1242f, 73)
REL32  0x00CDA548  (0x1244e, 74)
```

```
REL32 0x00CD6E18 (0x124a0,  75)
REL32 0x00CDAB40 (0x125b1,  76)
REL32 0x00CDA918 (0x125c2,  77)
REL32 0x00CDB2E0 (0x12620,  78)
REL32 0x00B1FAC8 (0x126b0,  79)
REL32 0x00CDBAE0 (0x1276f,  80)
REL32 0x00CDBA28 (0x1278b,  81)
REL32 0x00B1E938 (0x127e0,  82)
REL32 0x00B1E9F0 (0x12860,  83)
REL32 0x00B1FCF0 (0x1287a,  84)
REL32 0x00D390A8 (0x12880,  85)
REL32 0x00B1E7C8 (0x128d0,  86)
REL32 0x00D39A00 (0x12906,  87)
REL32 0x00CD6BF0 (0x12910,  88)
REL32 0x00B1EB60 (0x12920,  89)
REL32 0x00B1F068 (0x12930,  90)
REL32 0x00D39668 (0x12960,  91)
REL32 0x00B1EC18 (0x12990,  92)
REL32 0x00D39440 (0x12996,  93)
REL32 0x00B1E4E8 (0x129a0,  94)
REL32 0x00CDD000 (0x12a85,  95)
REL32 0x00CDCBE0 (0x12a93,  96)
REL32 0x00CD52C0 (0x12af0,  97)
REL32 0x00B1FA10 (0x12b14,  98)
REL32 0x00B1EEF8 (0x12b1a,  99)
REL32 0x00CD66E8 (0x12b20, 100)
REL32 0x00B1E2C0 (0x12b26, 101)
REL32 0x00D39C28 (0x12b30, 102)
REL32 0x00CEA350 (0x12c07, 103)
REL32 0x00B1F730 (0x12c42, 104)
REL32 0x00CD67A0 (0x12c48, 105)
REL32 0x00CD5098 (0x12c4e, 106)
REL32 0x00CD6F88 (0x12c54, 107)
REL32 0x00CD6858 (0x12c5a, 108)
REL32 0x00B1E150 (0x12c60, 109)
REL32 0x00B1FC38 (0x12ce0, 110)
REL32 0x00CD6578 (0x12d80, 111)
REL32 0x00CEABC0 (0x12e80, 112)
REL32 0x00CD5150 (0x12ed6, 113)
REL32 0x00B1F8A0 (0x12edc, 114)
REL32 0x00CD71B0 (0x12ee2, 115)
REL32 0x00B1F2E0 (0x12ef0, 116)
REL32 0x00CD6350 (0x12f30, 117)
REL32 0x00CDE170 (0x131af, 118)
REL32 0x00CDE228 (0x131bf, 119)
REL32 0x00CDE080 (0x131c8, 120)
REL32 0x00D33FC0 (0x131d2, 121)
REL32 0x00D33E18 (0x131dc, 122)
REL32 0x00CEB360 (0x132a0, 123)
REL32 0x00CDEE58 (0x1345c, 124)
REL32 0x00CDEBF8 (0x13463, 125)
REL32 0x00CDE870 (0x13467, 126)
REL32 0x00D394F8 (0x134f0, 127)
REL32 0x00B1F678 (0x13502, 128)
REL32 0x00CD6070 (0x13508, 129)
REL32 0x00CD6298 (0x1350e, 130)
REL32 0x00B1ECD0 (0x13514, 131)
REL32 0x00CD7040 (0x1351a, 132)
REL32 0x00B1F398 (0x13520, 133)
REL32 0x00CD61E0 (0x13526, 134)
REL32 0x00CD6B38 (0x1352c, 135)
REL32 0x00B1F5C0 (0x13540, 136)
REL32 0x00B1E098 (0x13692, 137)
REL32 0x00CD6910 (0x13698, 138)
REL32 0x00D39AB8 (0x1369e, 139)
REL32 0x00B1E208 (0x136a4, 140)
REL32 0x00D395B0 (0x136aa, 141)
REL32 0x00B1FFD0 (0x136b0, 142)
REL32 0x00D39160 (0x136b6, 143)
REL32 0x00D39720 (0x136bc, 144)
REL32 0x00CD5378 (0x136c2, 145)
REL32 0x00CD6CA8 (0x136c8, 146)
REL32 0x00B1F450 (0x136ce, 147)
REL32 0x00B1FF18 (0x136d4, 148)
REL32 0x00B1F138 (0x136da, 149)
REL32 0x00B1EAA8 (0x136e0, 150)
REL32 0x00CD64C0 (0x136e6, 151)
REL32 0x00B1F7E8 (0x136ec, 152)
REL32 0x00B1ED88 (0x136f2, 153)
REL32 0x00CD6128 (0x136f8, 154)
REL32 0x00B1E658 (0x136fe, 155)
REL32 0x00CD6630 (0x13704, 156)
REL32 0x00B1E378 (0x1370a, 157)
REL32 0x00D39B70 (0x13710, 158)
REL32 0x00CD5208 (0x13716, 159)
REL32 0x00CD70F8 (0x1371c, 160)
REL32 0x00B1E880 (0x13722, 161)
REL32 0x00B1F958 (0x13728, 162)
REL32 0x00CD69C8 (0x1372e, 163)
REL32 0x00D39388 (0x13740,  42)
REL32 0x00D39218 (0x13780,  43)
REL32 0x00CE2458 (0x137b4,  39)
REL32 0x00CE16D0 (0x1392a,  40)
REL32 0x00CE1528 (0x1392f,  41)
```