Red Bend Software, Inc. et al v. Google

Doc. 48 Att. 11

# EXHIBIT K

# Encoded Program Data Structures

Dockets.Justia.com

| Stream 0 | Stream 1 | Stream 2 | Stream 3 | Stream 4 | Stream 5 | Stream 6 | Stream 7 |
|---|---|---|---|---|---|---|---|
| Image Base: 4194304 | Ops Count: 1155 | Copy Bytes: 26064 | Abs32 Index Count: 372 | Rel32 Index Count: 208 | Abs32 Address Count: 216 | Rel32 Address Count: 164 | Copy Counts: 424 |
| Origin Count: 6 | COPY | 4D | 122 | 85 | 0 | 69637 | 1024 |
| 69632 | ORIGIN | 5A | 102 | 143 | 69667 | 69647 | 6 |
| 86016 | COPY | 90 | 121 | 38 | 69677 | 69657 | 585 |
| 94208 | REL32 | 00 | 122 | 57 | 69762 | 69667 | 9 |
| 98304 | COPY1 | 03 | 121 | 37 | 69822 | 69692 | 54 |
| 102400 | REL32 | 00 | 121 | 93 | 69837 | 69717 | 6 |
| 106496 | COPY1 | 00 | 15 | 127 | 69917 | 69742 | 12 |
|  | REL32 | 04 | 31 | 141 | 69922 | 69767 | 2 |
|  | COPY1 | 00 | 215 | 91 | 70052 | 69782 | 24 |
|  | REL32 | 00 | 121 | 144 | 70845 | 69787 | 9 |
|  | COPY1 | 00 | 121 | 47 | 70886 | 69802 | 3 |
|  | REL32 | FF | 36 | 62 | 70953 | 69827 | 2 |
|  | COPY1 | FF | 215 | 56 | 71008 | 69842 | 6 |
|  | REL32 | 00 | 100 | 87 | 71043 | 69857 | 4 |
|  | COPY1 | 00 | 121 | 139 | 71081 | 69862 | 3 |
|  | REL32 | B8 | 100 | 158 | 71168 | 69882 | 2 |
|  | COPY1 | 00 | 121 | 102 | 71840 | 69887 | 6 |
|  | REL32 | 00 | 121 | 149 | 72048 | 69892 | 2 |
|  | COPY1 | 00 | 121 | 106 | 72669 | 69892 | 5 |
|  | REL32 | 00 | 35 | 113 | 72696 | 69907 | 9 |
|  | COPY1 | 00 | 215 | 159 | 73540 | 69932 | 2 |
|  | REL32 | 00 | 34 | 97 | 73546 | 69942 | 4 |
|  | COPY1 | 00 | 215 | 145 | 74502 | 69962 | 9 |
|  | REL32 | 40 | 101 | 58 | 74508 | 69967 | 2 |
|  | COPY1 | 00 | 121 | 49 | 76421 | 69972 | 6 |
|  | REL32 | 00 | 33 | 116 | 77385 | 69987 | 16 |
|  | COPY1 | 00 | 215 | 133 | 77411 | 69992 | 2 |
|  | REL32 | 00 | 121 | 147 | 86016 | 69997 | 6 |
|  | COPY1 | 00 | 121 | 46 | 86536 | 70007 | 5 |
|  | REL32 | 00 | 32 | 136 | 86796 | 70017 | 2 |
|  | COPY1 | 00 | 215 | 128 | 87576 | 70022 | 6 |
|  | REL32 | 00 | 121 | 104 | 87868 | 70047 | 4 |
|  | COPY1 | 00 | 121 | 152 | 87876 | 70062 | 5 |
|  | REL32 | 00 | 121 | 114 | 87884 | 70067 | 2 |
|  | COPY1 | 00 | 9 | 162 | 87892 | 70082 | 6 |
|  | REL32 | 00 | 10 | 98 | 87900 | 70092 | 4 |
|  | COPY1 | 00 | 11 | 79 | 87912 | 70097 | 2 |
|  | REL32 | 00 | 12 | 43 | 87928 | 70102 | 4 |
|  | COPY1 | 00 | 13 | 110 | 88024 | 70656 | 5 |
|  | REL32 | 00 | 14 | 84 | 88024 | 70720 | 14 |
|  | COPY1 | 00 | 112 | 42 | 88048 | 70781 | 5 |