# EXHIBIT L

# Drawing Illustrating Operation
# of the '552 Patent
# and Courgette

