# EXHIBIT M

# Noninfringement Claim Chart

| '552 Patent Independent Claim 8 | '552 Patent Independent Claim 42 | Courgette |
|---|---|---|
| 8. A method for generating a compact difference result between an old **executable program** and a new **executable program**; each **program** including reference entries that contain reference that refer to other entries in the **program**; the method comprising the steps of: | 42. A method for generating a compact difference result between an old **data table** and a **new data table**; each **data table** including reference entries that contain reference that refer to other entries in the **data table**; the method comprising the steps of: | Courgette creates a compact difference result between an old and a new executable program. Data table applies to an executable program.<br><br>The executable programs include reference entries (instructions or data) that include references (addresses) that refer to other entries (instructions or data) in the program. |
| (a) generating a modified old **program** utilizing at least said old **program**; | (a) generating a modified old **data table** utilizing at least said old **data table**; | Courgette does not generate a modified old program.<br><br>Rather, Courgette disassembles the old executable program into symbolic tables that are disembodied from the program, and subsequently encodes those tables into eight symbolic streams of information. None of these symbolic tables or streams resembles a program or an executable program. Moreover, Courgette does not take any data generated and attempt to replace values within the old program based on that data to create a "modified" "program" or "data table."<br><br>Therefore, this element is not met by Courgette. |
| (b) generating a modified new **program** utilizing at least said new **program**, said | (b) generating a modified new **data table** utilizing at least said new **data table**, said | Courgette does not generate a modified |

C:\Documents and Settings\netmtgsv\Desktop\claimChart.DOC

| modified old **program** and modified new **program** have at least the following characteristics: | modified old **data table** and modified new **data table** have at least the following characteristics: | new program. Rather, Courgette disassembles the newexecutable program into symbolic tables that are disembodied from the program, adjusts index values within some of the tables, and subsequently encodes those tables into eight symbolic streams of information. None of these symbolic tables or streams resemble a program or an executable program. Moreover, Courgette does not take any data generated and attempt to replace values within the new program based on that data to create a "modified" "program" or "data table." Therefore, this element is not met by Courgette. |
|---|---|---|
| (i) substantially each reference in an entry in said old **program** that is different than corresponding entry in said new **program** due to delete/insert modifications that form part of the transition between said old **program** and new **program** are reflected as invariant references in the corresponding entries in said modified old and modified new **programs**; | (i) substantially each reference in an entry in said old **data table** that is different than corresponding entry in said new **data table** due to delete/insert modifications that form part of the transition between said old **data table** and new **data table** are reflected as invariant references in the corresponding entries in said modified old and modified new **data tables**; | Courgette does not meet this element for several reasons. (1) Courgette does not attempt to find any reference in the new program that is different from a reference in the old program due to insert/delete modifications in order to process such references. Rather, Courgette treats all references that it recognizes the same way, regardless of whether they are affected by insert/delete modifications or not. (2) Courgette does not recognize "substantially each reference" in old and new programs. Rather, Courgette processes absolute references and some |

| | relative addresses, but does not recognize or process the majority of relative addresses. (3) Courgette does not reflect (in a modified old and new program) as "invariant references" those references that change due to insert/delete modifications. Rather, Courgette preserves all unique address references rather than replacing them with invariant references in corresponding entries in a program. All unique addresses are tabulated and presented to the difference generator. Because of these differences, Courgette does not meet this element. |
|---|---|
| (c) generating said compact difference result utilizing at least said modified new program and modified old program. | (c) generating said compact difference result utilizing at least said modified new data table and modified old data table. Courgette does not generate a difference result utilizing a modified old and modified new "program" or "data table." Nor does it create a difference result that excludes references that are invariant due to insert/delete modifications such as those found in the modified old and new programs. Rather, Courgette creates a difference result from symbolic tables. The difference result reflects all references including those that the '552 patent considers invariant because they changed due to insert/delete modifications. Therefore, this element is not met. |

| | | |
|---|---|---|
| 9. The method of claim 8, further comprising the step of:<br><br>(d) transmitting said compact difference result over a communication network. | 43. The method of claim 42, further comprising the step of:<br><br>(d) transmitting said compact difference result over a communication network. | Courgette does not meet the elements of independent claims 8 or 42, and therefore does not meet the elements of these dependent claims. |
| 10. The method of claim 9, wherein said network includes the Internet. | 44. The method of claim 43, wherein said network includes the Internet. | Courgette does not meet the elements of independent claims 8 or 42, and therefore does not meet the elements of these dependent claims, which ultimately depend from those claims. |
| '552 Patent Independent Claim 21 | '552 Patent Independent Claim 55 | Courgette |
| 21. A system for generating a compact difference result between an old **executable program** and a **new executable program**; each **program** including reference entries that contain reference that refer to other entries in the **program**; the system comprising a processing device capable of: | 55. A system for generating a compact difference result between an old **data table** and a **new data table**; each **data table** including reference entries that contain reference that refer to other entries in the **data table**; the system comprising a processing device capable of: | Courgette creates a compact difference result between an old and a new executable program. Data table applies to an executable program.<br><br>The executable programs include reference entries (instructions or data) that include references (addresses) that refer to other entries (instructions or data) in the program. |
| (a) generating a modified old **program** utilizing at least said old **program**; | (a) generating a modified old **data table** utilizing at least said old **data table**; | Courgette does not generate a modified old program.<br><br>Rather, Courgette disassembles the old executable program into symbolic tables that are disembodied from the program, and subsequently encodes those tables into eight symbolic streams of information. None of these symbolic tables or streams resembles a program or an executable program. Moreover, Courgette does not take any data |

C:\Documents and Settings\netmtgsv\Desktop\claimChart.DOC

| | | |
|---|---|---|
| | generated and attempt to replace values within the old program based on that data to create a "modified" "program" or "data table."<br><br>Therefore, this element is not met by Courgette. | |
| (b) generating a modified new **program** utilizing at least said new **program**, said modified old **program** and modified new **program** have at least the following characteristics: | (b) generating a modified new **data table** utilizing at least said new **data table**, said modified old **data table** and modified new **data table** have at least the following characteristics: | Courgette does not generate a modified new program.<br><br>Rather, Courgette disassembles the newexecutable program into symbolic tables that are disembodied from the program, adjusts index values within some of the tables, and subsequently encodes those tables into eight symbolic streams of information. None of these symbolic tables or streams resemble a program or an executable program. Moreover, Courgette does not take any data generated and attempt to replace values within the new program based on that data to create a "modified" "program" or "data table."<br><br>Therefore, this element is not met by Courgette. |
| (i) substantially each reference in an entry in said old **program** that is different than corresponding entry in said new **program** due to delete/insert modifications that form part of the transition between said old **program** and new **program** are reflected as invariant references in the corresponding entries in said modified old and modified | (i) substantially each reference in an entry in said old **data table** that is different than corresponding entry in said new **data table** due to delete/insert modifications that form part of the transition between said old **data table** and new **data table** are reflected as invariant references in the corresponding entries in said modified old and modified | Courgette does not meet this element for several reasons.<br><br>(1) Courgette does not attempt to find any reference in the new program that is different from a reference in the old program due to insert/delete modifications in order to process such references. Rather, Courgette treats all |

| | new **data tables**; | references that it recognizes the same way, regardless of whether they are affected by insert/delete modifications or not. |
|---|---|---|
| | | (2) Courgette does not recognize "substantially each reference" in old and new programs. Rather, Courgette processes absolute references and some relative addresses, but does not recognize or process the majority of relative addresses. |
| | | (3) Courgette does not reflect (in a modified old and new program) as "invariant references" those references that change due to insert/delete modifications. Rather, Courgette preserves all unique address references rather than replacing them with invariant references in corresponding entries in a program. All unique addresses are tabulated and presented to the difference generator. |
| | | Because of these differences, Courgette does not meet this element. |
| (c) generating said compact difference result utilizing at least said modified new **program** and modified old **program**. | (c) generating said compact difference result utilizing at least said modified new **data table** and modified old **data table**. | Courgette does not generate a difference result utilizing a modified old and modified new "program" or "data table." Nor does it create a difference result that excludes references that are invariant due to insert/delete modifications such as those found in the modified old and new programs. |

| | |
|---|---|
| | Rather, Courgette creates a difference result from symbolic tables. The difference result reflects all references including those that the '552 patent considers invariant because they changed due to insert/delete modifications.

Therefore, this element is not met. |
| 22. The system of claim 21, wherein said processor is further capable of transmitting said compact difference result over a communication network. | 56. The system of claim 55, wherein said processor is further capable of transmitting said compact difference result over a communication network. Courgette does not meet the elements of independent claims 8 or 42, and therefore does not meet the elements of these dependent claims. |
| 23. The system of claim 22, wherein said network includes the Internet. | 57. The system of claim 56, wherein said network includes the Internet. Courgette does not meet the elements of independent claims 8 or 42, and therefore does not meet the elements of these dependent claims, which ultimately depend from those claims. |