# EXHIBIT N

# Edwards Timesheet

Timesheet

**CONFIDENTIAL**

**SE00206**