UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br><br>GOOGLE INC.,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>RED BEND LTD. and<br>RED BEND SOFTWARE INC.,<br><br>    Counterclaim-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CIVIL ACTION<br>NO.  09-cv-11813 |

**ASSENTED-TO MOTION TO ADMIT MICHAEL TRINH PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of

Massachusetts, David M. Magee, a member of the Bar of this Court, hereby moves for an order

admitting *pro hac vice* Michael Trinh as counsel for Google Inc. in this matter.  A Certification

of Michael Trinh in support of this Motion is attached hereto as Exhibit 1.

WHEREFORE, movant respectfully requests that this Court grant this Motion to admit

Michael Trinh *pro hac vice* in this matter.

Dated:  April 6, 2010

Respectfully submitted,


 /s/ David M. Magee
  David M. Magee, BBO # 652399
  (david.magee@bingham.com)
  BINGHAM MCCUTCHEN LLP
  One Federal Street
  Boston, MA  02110
  (617) 951-8000

## **Local Rule 7.1 Certification**

I hereby certify that counsel to Google Inc. and counsel to the plaintiffs conferred with respect to this motion and that plaintiffs' counsel raised no objection thereto.

 /s/  David M. Magee
    David M. Magee, BBO # 652399


## **Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by federal express, on April 6, 2010.

 /s/  David M. Magee
    David M. Magee, BBO # 652399

A/73342836.1/3005005-0000343244